# EXHIBIT A

Ex. A – Evidence of Use Regarding Infringement of U.S. Patent No. 7,209,876

| Claim 1 | Signify Interact Builder App - Bulbi AI-powered chatbot |
| --- | --- |
| 1. A method for producing answers to a question or query issued to an information repository containing natural language data, executable in a computer system, comprising the steps of: | Defendants Signify N.V. and Signify Netherlands B.V. (collectively, “Signify” or “Defendants”), sell, and/or offer for sale, and instruct end users to use the Signify Interact Builder App – Bulbi AI-powered chatbot (the “Accused Product”), which is an AI-enhanced chatbot integrated within the Signify Interact Builder App to provide technical support and information to users. Users access Bulbi directly from the Signify Interact Builder App and submit natural-language queries to obtain responses.<br><br>Bulbi leverages Large Language Model (LLM) technology together with Natural Language Understanding (NLU) to understand human language and generate natural-sounding, relevant, and coherent responses. The chatbot assists users by answering contextual, real-time questions related to lighting systems, such as “How can I add a switch to control this group of lights?” or “How many more lights can I connect to my Factory Floor zone?”, and provides personalized guidance based on live data from the user’s specific setup. Additionally, Bulbi can make suggestions based on real-time sensor data from lights and occupancy patterns, demonstrating that the Accused Product produces answers to user questions issued to an information repository containing natural-language data.<br><br><br><br><br>Interact Pro App is now renamed as Signify Interact Builder<br><br>Lighting commissioning and control app<br><br>Welcome to the Signify Interact Builder App for the Interact Pro system, enabling installers to do commissioning and testing, and business owners to manage the lighting system. |

Ex. A – Evidence of Use Regarding Infringement of U.S. Patent No. 7,209,876

| Claim 1 | Signify Interact Builder App - Bulbi AI-powered chatbot |
|---|---|
| | **What's New** >  Improvements<br>- The performance of Bulbi voice support is improved.<br>- To enhance Bulbi's support, updates are ongoing to online documentation and knowledge base content.<br><br>Source: https://apps.apple.com/us/app/signify-interact-builder/id1353793570<br><br>Bulbi<br><br>1. Bulbi is a chatbot enhanced by AI. It assists Signify Interact Builder users with technical support and information. Users can access Bulbi from the Signify Interact Builder app.<br>2. To get responses to generic queries from Bulbi, go to your Project and click **Ask Bulbi**.<br>3. To get responses to the queries at the network level, go to Setup and select the relevant network. Tap the three dots on the top right, then tap **Ask Bulbi**. |

Ex. A – Evidence of Use Regarding Infringement of U.S. Patent No. 7,209,876

| Claim 1 | Signify Interact Builder App - Bulbi AI-powered chatbot |
| --- | --- |
| | <br><br>Source: https://sme.interact-lighting.com/web/help/interact-pro/2.7/help-and-support/bulbi.html<br><br>**The reality:** AI has arrived, and it's starting with lighting. In fact, AI is already delivering real-world value in lighting and building operations.<br><br>In 2024, Signify launched Bulbi, an AI assistant for Interact Pro. Bulbi helps installers during commissioning by answering contextual, real-time questions like "How can I add a switch to control this group of lights?" or "How many more lights can I connect to my Factory Floor zone?" With Bulbi, installers don't have to rely on manuals or guesswork. Instead, they benefit from fast, personalized guidance based on live data from their specific setup.<br><br>But this is only the beginning. Imagine a world where Bulbi can seamlessly collaborate with other digital agents in your building—something like Clima, a smart assistant managing the building's HVAC. Based on real-time sensor data from lights and occupancy patterns, Bulbi could make suggestions like "Hey Clima, we've had no movement in Meeting Room 3 for the last two hours. Let's dial down the cooling."<br>This isn't science fiction. It's where connected lighting, building data, and AI are heading. The goal is to make building management as intuitive as having a conversation with a helpful colleague—but one who never sleeps and never forgets. |

| Claim 1 | Signify Interact Builder App - Bulbi AI-powered chatbot |
|---|---|
| | Source: https://www.signify.com/global/our-company/blog/sustainability/epbd-myths-busted<br><br>**How Can LLMs Work with NLU in Chatbots?**<br><br>Natural Language Understanding (NLU) and Large Language Models (LLMs) can work hand in hand to enable chatbots to understand human language and then generate natural-sounding responses to engage in meaningful conversations with humans.<br><br>Initially, LLMs were used at the design phase of NLU-based chatbots to help build intents and entities. Now, they have stepped out from the shadow of NLU and are starting to take centre stage with their almost magical abilities to generate understandable text.<br><br>While NLU focuses on finding meaning from a person's message (intents), LLMs use their vast knowledge base to generate relevant and coherent responses.<br><br>Source: https://www.aryza.com/faq-page/nlu-llm-work-together-in-chatbots/<br><br>**Meet Bulbi, the Interact Pro AI chatbot** |

| Claim 1 | Signify Interact Builder App - Bulbi AI-powered chatbot |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=HNRcmi1ntFI, Time : 0 :33 min of 2 :23 min |
| a. receiving a search question or query containing at least one variable expression, said at least one variable expression being representative of desired answer data that is to be searched for in said | Defendants' Accused Product, Signify Interact Builder App – Bulbi AI-powered chatbot, includes and/or utilizes functionality for receiving a search question or query containing at least one variable expression representative of desired answer data.<br><br>For example, Bulbi provides an AI-powered conversational interface that enables users to ask questions using natural language through the Signify Interact Builder App. As shown in the evidence, users submit contextual, real-time queries such as "How can I add a switch to control this group of lights?" or "How many more lights can I connect to my Factory Floor zone?", where elements such as "switch," "group of lights," and "Factory Floor zone" correspond to specific parameters of the desired information within the system. Bulbi utilizes Natural Language Understanding (NLU) together with Large Language Model (LLM) technology to understand the user's query and generate relevant responses, demonstrating that the received query contains variable components representative of the answer data being sought. |

Ex. A – Evidence of Use Regarding Infringement of U.S. Patent No. 7,209,876

| Claim 1 | Signify Interact Builder App - Bulbi AI-powered chatbot |
|---|---|
| information repository; | **What's New** ><br>Improvements<br>- The performance of Bulbi voice support is improved.<br>- To enhance Bulbi's support, updates are ongoing to online documentation and knowledge base content.<br><br>Source: https://apps.apple.com/us/app/signify-interact-builder/id1353793570<br><br>**Meet Bulbi, the Interact Pro AI chatbot**<br> |

| Claim 1 | Signify Interact Builder App - Bulbi AI-powered chatbot |
|---|---|
| | Source: https://www.youtube.com/watch?v=HNRcmi1ntFI, Time : 0 :33 min of 2 :23 min<br><br>**The reality:** AI has arrived, and it's starting with lighting. In fact, AI is already delivering real-world value in lighting and building operations.<br><br>In 2024, Signify launched Bulbi, an AI assistant for Interact Pro. Bulbi helps installers during commissioning by answering contextual, real-time questions like "How can I add a switch to control this group of lights?" or "How many more lights can I connect to my Factory Floor zone?" With Bulbi, installers don't have to rely on manuals or guesswork. Instead, they benefit from fast, personalized guidance based on live data from their specific setup.<br><br>But this is only the beginning. Imagine a world where Bulbi can seamlessly collaborate with other digital agents in your building—something like Clima, a smart assistant managing the building's HVAC. Based on real-time sensor data from lights and occupancy patterns, Bulbi could make suggestions like "Hey Clima, we've had no movement in Meeting Room 3 for the last two hours. Let's dial down the cooling."<br>This isn't science fiction. It's where connected lighting, building data, and AI are heading. The goal is to make building management as intuitive as having a conversation with a helpful colleague—but one who never sleeps and never forgets.<br><br>Source: https://www.signify.com/global/our-company/blog/sustainability/epbd-myths-busted |

Ex. A – Evidence of Use Regarding Infringement of U.S. Patent No. 7,209,876

| Claim 1 | Signify Interact Builder App - Bulbi AI-powered chatbot |
|---|---|
| | **Extracting Intent and Entities**<br><br>The NLU component is responsible for extracting meaning from a person's inputs. It involves tasks like intent recognition, entity extraction, and sentiment analysis.<br><br>NLU helps the chatbot understand what the user is asking or expressing. It breaks down the text into individual words or phrases, tagging them with grammatical roles like nouns, verbs, and adjectives. This information is then used to determine the overall intent of the message, such as asking a question, seeking information, or requesting a service. For example, a customer might message: "I'd like to pay my account" and the NLU will categorise that as an intent to pay.<br><br>What's more, NLU identifies entities, which are specific pieces of information mentioned in a person's conversation, such as numbers, post codes, or dates.<br><br>For example, if a customer asks, "I can pay a hundred towards my debt." NLU would identify the intent as "promise to pay" and extract the relevant entity, the amount "£100".<br><br>Source: https://www.aryza.com/faq-page/nlu-llm-work-together-in-chatbots/ |
| b. initiating a search of said information repository for information containing terms present in said search question or query and receiving a first data set comprising information containing terms present in said search question or query; | Defendants' Accused Product, Signify Interact Builder App – Bulbi AI-powered chatbot, includes and/or utilizes functionality for initiating a search of an information repository for information containing terms present in a search question or query and receiving a first data set comprising information containing terms present in the search question or query.<br><br>For example, Bulbi utilizes Natural Language Understanding (NLU) together with Large Language Model (LLM) technology to understand the user's natural-language query. As shown in the evidence, the chatbot employs a Retrieval-Augmented Generation (RAG) architecture in which information from a knowledge source is stored in a vector database, and a retriever identifies relevant documents, passages, or information from the knowledge source based on the user's query. The retrieved relevant information from the vector database is then provided to the LLM to answer the user's question, demonstrating that the Accused Product initiates a query-driven search of the underlying information repository and receives a first data set comprising information containing terms corresponding to the user's search query. |

Ex. A – Evidence of Use Regarding Infringement of U.S. Patent No. 7,209,876

| Claim 1 | Signify Interact Builder App - Bulbi AI-powered chatbot |
| --- | --- |
| | **What's New >**<br><br>Improvements<br>- The performance of Bulbi voice support is improved.<br>- To enhance Bulbi's support, updates are ongoing to online documentation and knowledge base content.<br><br>Source: https://apps.apple.com/us/app/signify-interact-builder/id1353793570<br><br>**How Can LLMs Work with NLU in Chatbots?**<br>Natural Language Understanding (NLU) and Large Language Models (LLMs) can work hand in hand to enable chatbots to understand human language and then generate natural-sounding responses to engage in meaningful conversations with humans.<br><br>Initially, LLMs were used at the design phase of NLU-based chatbots to help build intents and entities. Now, they have stepped out from the shadow of NLU and are starting to take centre stage with their almost magical abilities to generate understandable text.<br><br>While NLU focuses on finding meaning from a person's message (intents), LLMs use their vast knowledge base to generate relevant and coherent responses.<br><br>Source: https://www.aryza.com/faq-page/nlu-llm-work-together-in-chatbots/ |

| Claim 1 | Signify Interact Builder App - Bulbi AI-powered chatbot |
|---|---|
| | **About the App**<br><br>The app is a chatbot that can answer questions about me. It ingests data from my resume and a personal document (with my goals, hobbies, and latest work) and turns that into a vector database.<br><br>Using an LLM and RAG architecture, it retrieves relevant information from the vector database to answer questions. If the provided data can not answer the question, the chatbot says that it cannot answer said question lessening misinformation in the long run.<br><br>1. **Creating the vector database from the PDF files.** The vector DB will be where the relevant context will be retrieved. The contents of the PDFs are chunked into smaller pieces, turned into embeddings, and then inserted into the vector DB (Chroma DB).<br><br>Source: https://medium.com/keeping-up-with-ai/how-i-built-a-rag-based-ai-chatbot-from-my-personal-data-88eec0d3483c<br><br>**Why Pair Retrieval with Generation?**<br><br>• **Retriever** — finds relevant pieces of information (documents, passages, etc.) from a knowledge source, based on your query.<br><br>Source: https://itsayush.medium.com/under-the-hood-of-rag-how-retrieval-generation-actually-work-9d4083fe460b |

| Claim 1 | Signify Interact Builder App - Bulbi AI-powered chatbot |
|---|---|
| c. searching said first data set for answer phrases present in syntactically similar form to said search question or query and containing answer data which may replace said variable expression to provide an answer to said search question or query, and retrieving answer phrases resulting from such search; and | Defendants' Accused Product, Signify Interact Builder App – Bulbi AI-powered chatbot, includes and utilizes functionality for searching a retrieved data set for answer phrases corresponding to a user's search query and retrieving answer phrases to provide an answer to the search query.<br><br>For example, Bulbi, an AI chatbot employs a Retrieval-Augmented Generation (RAG) architecture in which a retriever identifies and returns relevant documents, passages, or text chunks from a knowledge source based on the user's query. The retrieved text chunks are provided to the Large Language Model (LLM) together with the original question, enabling the LLM to use the retrieved context and facts to formulate an answer in natural language. The retrieval-based question answering process retrieves the passages most likely to contain the requested answer and utilizes a machine-learned model to extract answer spans that most likely result in the correct response. Further, the LLM operates at the syntactic level by learning statistical patterns, thereby processing the retrieved information to identify answer content corresponding to the user's query. Accordingly, the Accused Product searches the retrieved data set for answer phrases and retrieves answer content for generating a direct response, consistent with the claimed element.<br><br>**Why Pair Retrieval with Generation?**<br>• **Retriever** — finds relevant pieces of information (documents, passages, etc.) from a knowledge source, based on your query. |

Ex. A – Evidence of Use Regarding Infringement of U.S. Patent No. 7,209,876

| Claim 1 | Signify Interact Builder App - Bulbi AI-powered chatbot |
|---|---|
| | 2. **Retriever in Action:** The system takes your query and searches a document index for relevant information. It might look through a database of articles, PDFs, or webpages to find passages about green tea's health benefits. (How does it search? We'll cover that next — there are a few clever methods like BM25 and embeddings.) The retriever returns a handful of text chunks that look promising.<br><br>3. **Generator (LLM) Response:** The retrieved text chunks are then given to the LLM alongside your original question. Armed with this context (like having highlighted pages in an open book), the LLM formulates an answer in natural language. It uses the facts from the retrieved text to ensure accuracy, while phrasing the answer smoothly.<br><br>4. **Final Answer:** The LLM outputs a response to you, for instance: *"Green tea is rich in antioxidants like EGCG, which studies suggest can improve brain function, aid fat loss, and lower the risk of certain diseases."* This answer was **generated** by the LLM but **grounded** in the relevant info the retriever found.<br><br>Source: https://itsayush.medium.com/under-the-hood-of-rag-how-retrieval-generation-actually-work-9d4083fe460b<br><br>**Introduction**<br><br>Large Language Models (LLMs) impress with their ability to generate coherent text, answer complex questions, and simulate sophisticated reasoning. Yet a fundamental question remains: do these systems achieve true abstraction, or do they merely recognize statistical patterns in data? |

| Claim 1 | Signify Interact Builder App - Bulbi AI-powered chatbot |
| --- | --- |
| | **1.3 Pattern matching ≠ abstraction**<br><br>**Pattern matching is syntactic:** it focuses on form, sequence, and token repetition.<br><br>**Abstraction is semantic:** it focuses on meaning, essence, and conceptual generalization.<br><br>LLMs primarily operate at the syntactic level. They learn statistical patterns of signs without manipulating symbols in the sense of classical artificial intelligence reasoning (formal logic, rule-based systems).<br><br>Source: https://itsayush.medium.com/under-the-hood-of-rag-how-retrieval-generation-actually-work-9d4083fe460b<br><br>A retrieval-based question answering system typically stores its “knowledge” in an information retrieval system. This can be sentences, paragraphs, or entire documents. Here we’ll use the Wikipedia dataset where each page is split into passages of 100 words each. The dataset contains 21 million such passages. When answering a question, we first retrieve the passages that most likely include the answer. They are then analyzed with a machine-learned model to extract the spans that most likely results in the correct response. These stages are called the “retriever” and “reader”, respectively.<br><br>Source: https://blog.vespa.ai/efficient-open-domain-question-answering-on-vespa/ |

| Claim 1 | Signify Interact Builder App - Bulbi AI-powered chatbot |
|---|---|
| d. modifying said answer phrases and providing output derived from said answer phrases in the form of one or more direct answers to said search question or query. | Defendants' Accused Product, Signify Interact Builder App – Bulbi AI-powered chatbot, includes and utilizes functionality for modifying retrieved answer phrases and providing output derived from such answer phrases in the form of one or more direct answers to a user's search question or query.<br><br>For example, after the retriever identifies relevant documents, passages, or text chunks from the knowledge source, the retrieved information is provided to the Large Language Model (LLM) together with the user's original question. Using the retrieved context, the LLM formulates an answer in natural language by using facts from the retrieved text to ensure accuracy while generating a smooth and coherent response. The Bulbi AI-powered chatbot utilizes Natural Language Understanding (NLU) and LLM technology to understand the user's query and generate natural-sounding, relevant, and coherent responses, including contextual and personalized guidance based on the retrieved information. The generated response is then presented to the user as a direct answer to the submitted natural-language query, consistent with the claimed element.<br><br>**Why Pair Retrieval with Generation?**<br>• **Retriever** — finds relevant pieces of information (documents, passages, etc.) from a knowledge source, based on your query. |

| Claim 1 | Signify Interact Builder App - Bulbi AI-powered chatbot |
|---|---|
| | 2. **Retriever in Action:** The system takes your query and searches a document index for relevant information. It might look through a database of articles, PDFs, or webpages to find passages about green tea's health benefits. (How does it search? We'll cover that next — there are a few clever methods like BM25 and embeddings.) The retriever returns a handful of text chunks that look promising.<br><br>3. **Generator (LLM) Response:** The retrieved text chunks are then given to the LLM alongside your original question. Armed with this context (like having highlighted pages in an open book), the LLM formulates an answer in natural language. It uses the facts from the retrieved text to ensure accuracy, while phrasing the answer smoothly.<br><br>4. **Final Answer:** The LLM outputs a response to you, for instance: *"Green tea is rich in antioxidants like EGCG, which studies suggest can improve brain function, aid fat loss, and lower the risk of certain diseases."* This answer was **generated** by the LLM but **grounded** in the relevant info the retriever found.<br><br>Source: https://itsayush.medium.com/under-the-hood-of-rag-how-retrieval-generation-actually-work-9d4083fe460b<br><br>**What's New** ><br><br>Improvements<br>- The performance of Bulbi voice support is improved.<br>- To enhance Bulbi's support, updates are ongoing to online documentation and knowledge base content. |

Ex. A – Evidence of Use Regarding Infringement of U.S. Patent No. 7,209,876

| Claim 1 | Signify Interact Builder App - Bulbi AI-powered chatbot |
|---|---|
| | Source: https://apps.apple.com/us/app/signify-interact-builder/id1353793570<br><br>**Meet Bulbi, the Interact Pro AI chatbot**<br><br><br><br><br>Source: https://www.youtube.com/watch?v=HNRcmi1ntFI, Time : 0 :33 min of 2 :23 min |

Ex. A – Evidence of Use Regarding Infringement of U.S. Patent No. 7,209,876

| Claim 1 | Signify Interact Builder App - Bulbi AI-powered chatbot |
| --- | --- |
| | **The reality:** AI has arrived, and it's starting with lighting. In fact, AI is already delivering real-world value in lighting and building operations.<br><br>In 2024, Signify launched Bulbi, an AI assistant for Interact Pro. Bulbi helps installers during commissioning by answering contextual, real-time questions like "How can I add a switch to control this group of lights?" or "How many more lights can I connect to my Factory Floor zone?" With Bulbi, installers don't have to rely on manuals or guesswork. Instead, they benefit from fast, personalized guidance based on live data from their specific setup.<br><br>But this is only the beginning. Imagine a world where Bulbi can seamlessly collaborate with other digital agents in your building—something like Clima, a smart assistant managing the building's HVAC. Based on real-time sensor data from lights and occupancy patterns, Bulbi could make suggestions like "Hey Clima, we've had no movement in Meeting Room 3 for the last two hours. Let's dial down the cooling."<br>This isn't science fiction. It's where connected lighting, building data, and AI are heading. The goal is to make building management as intuitive as having a conversation with a helpful colleague—but one who never sleeps and never forgets.<br><br>Source: https://www.signify.com/global/our-company/blog/sustainability/epbd-myths-busted |