# EXHIBIT B

Ex. B – Evidence of Use Regarding Infringement of U.S. Patent No. 7,280,830

| Claim 1 | Signify - Philips Hue Secure smart home security system |
| --- | --- |
| 1. A method for automatic registration of a new wireless device with a registration server, comprising: | Defendants Signify N.V. and Signify Netherlands B.V. (collectively, “Signify” or “Defendants”) manufacture, use (including through testing), sell, and/or offer for sale, and instruct end users to use the Philips Hue Secure smart home security system, including the Philips Hue App, Hue Bridge, and connected devices such as Hue Secure contact sensors, Secure cameras, lights, smart plugs, switches, and doorbells (collectively, the “Accused Products”), which enable users to integrate and control smart devices within a connected home system.<br><br>Within the Hue Secure smart home security system, a user connects the Hue App to the Hue Bridge and creates an account, which is essential for accessing all features and securely managing the system. The Hue App enables users to add and manage connected devices and to integrate new devices, such as Hue lights, into the system through a QR code-based pairing process or device discovery. Once paired, the device is added to the Hue Bridge and joins the Bridge-managed ZigBee network, enabling the Hue Bridge to exchange status and control information with the connected device. The Hue App communicates with the Hue Bridge, which monitors and controls the connected devices. The Hue Bridge is connected to the user’s network and, when remote access is enabled, communicates with the Philips Hue Cloud to provide remote access, synchronization, and management capabilities. Accordingly, when a new wireless device, such as a Hue light, is added to and integrated into the system through the Hue App and Hue Bridge, the device becomes part of the Bridge-managed smart home ecosystem, with its status and control information made available through the Hue Bridge and accessible via the Philips Hue Cloud for authorized remote access, consistent with automatic registration of the device within the cloud-connected Hue ecosystem.<br><br>PHILIPS<br>hue |

Ex. B – Evidence of Use Regarding Infringement of U.S. Patent No. 7,280,830

| Claim 1 | Signify - Philips Hue Secure smart home security system |
|---|---|
| | hue Philips Hue<br>About this app<br><br>The official Philips Hue app is the most comprehensive way to organise, control and customise your Philips Hue smart lights and accessories.<br><br>Organise your smart lights<br>Group your lights into Rooms or Zones — your entire downstairs floor or all the lights in the living room, for example — that mirror the physical rooms in your home.<br><br>Easily control your lights — from anywhere<br>Use the app to control your lights anywhere you have an internet connection.<br><br>Explore the Hue scene gallery<br>Created by professional lighting designers, the scenes in the scene gallery can help you set the mood for any occasion. You can even create your own scenes based on a photo or your favourite colours.<br><br>Set up bright home security<br>Make your home feel safer, no matter where you are. The Security Centre lets you programme your Secure cameras, Secure contact sensors and indoor motion sensors to send you alerts when they detect activity. Trigger light and sound alarms, call the authorities or a trusted contact, and monitor your home in real-time.<br><br>Source: https://play.google.com/store/apps/details?id=com.philips.lighting.hue2&hl=en_us<br><br>**Bridge**<br><br>**About the Bridge**<br><br>The Hue Bridge is the heart of your integrated, intuitive smart lighting and security system. With easy installation and guided setup in the Hue app, the Bridge connects your lights, cameras, and sensors to work together in harmony.<br><br>Supports 50 lights, 12 accessories<br>Unlocks light and security integration |

Ex. B – Evidence of Use Regarding Infringement of U.S. Patent No. 7,280,830

| Claim 1 | Signify - Philips Hue Secure smart home security system |
| --- | --- |
| | <br><br>Source: https://www.philips-hue.com/en-us/p/hue-bridge/046677458478<br><br>**How to connect Hue Bridge to WIFI?**<br><br>Connecting your Philips Hue Bridge or Hue Bridge Pro to WiFi is the essential first step to unlocking your smart lighting system. Mastering this **smart home bridge setup** ensures that your lights, sensors, and cameras communicate reliably across your entire home network.<br><br>The Bridge acts as the central hub that links all your Hue lights and accessories, allowing you to control them via the Philips Hue app, voice assistants, or automations — from anywhere in the world.<br><br>Source: https://www.philips-hue.com/en-us/explore-hue/faq/controls/how-to-connect-hue-bridge-to-wifi<br><br>Connect with a Bridge<br>**Bulb and lamp setup instructions**<br><br>Your Bridge should be connected and added to your Hue app. |

Ex. B – Evidence of Use Regarding Infringement of U.S. Patent No. 7,280,830

| Claim 1 | Signify - Philips Hue Secure smart home security system |
|---|---|
| | 1. Open the Hue app.<br><br>2. On your Home tab, tap the **three dots (...)** icon. Then, tap **Add devices**<br><br>Note: You can also open the **Settings** tab, and then tap Devices. Tap the **blue plus (+) icon** in the top right corner.<br><br><br><br>4. Scan the QR code.<br>If you have more Hue devices to add, scan them too. Once your devices have been successfully scanned, tap **Next.**<br><br>Note: If your product doesn't have a QR code, tap **No QR code** to add it by searching or using its serial number. |

| Claim 1 | Signify - Philips Hue Secure smart home security system |
|---|---|

Source: https://schneider-electric.zendesk.com/hc/en-gb/articles/27766547325341-Homeowner-set-up-app-journey-how-to-register

**Annex-1 Connected Products (Hue products)**

| | Product Data Type | Capability to store data on a remote server |
|---|---|---|
| Switches | Button presses, battery level, connectivity state, device configuration | Yes, indirectly. |
| Motion Sensors | Motion, temperature[2], light level[2], battery level, connectivity state, device configuration | **Note:** Connected Products can be connected to a cloud backend via a gateway/ bridge/control device, e.g. the Philips Hue Bridge, any other Zigbee-to-IP bridge, a Matter border router, an Amazon Alexa, Google Home, or Apple Home device, a smartphone App, and others[1]. |
| Open/Close Sensors | Open-close, tamper detection, battery level, connectivity state, device configuration | |
| Lights | On/off, dim level, color temperature, color, dynamics, network parameters, connectivity state, device configuration | |

Source: https://www.philips-hue.com/en-us/support/legal/data-notice

Additional Accused Products include the Hue App and Hue-compatible connected devices such as the Hue Bridge Pro, smart bulbs (e.g., B39, E26, and GU10), table lamps, the Secure Wired Camera, Secure Wired Camera with Desktop Stand, Battery Camera, Secure Camera with Floodlight, and Secure Contact Sensors, among others. These devices are onboarded through the Hue App using a QR code-based pairing process or device discovery. Once paired, they are added to the Hue Bridge and join the Bridge-managed ZigBee network (or the appropriate supported communication network, depending on the device type), enabling the Hue Bridge to exchange status and control information with the devices. The Hue Bridge communicates with the Philips Hue Cloud to provide authorized remote access and management capabilities, allowing the devices to be monitored and controlled through the Hue App. Accordingly, these additional Accused Products operate within the same Bridge-managed,

Ex. B – Evidence of Use Regarding Infringement of U.S. Patent No. 7,280,830

| Claim 1 | Signify - Philips Hue Secure smart home security system |
|---|---|
| | cloud-connected ecosystem and are integrated using the same device onboarding and cloud-enabled management framework described above.<br><br>**Philips Hue smart lighting controls**<br><br><br><br><br>Source: https://www.philips-hue.com/en-us/explore-hue/blog/what-is-smart-lighting<br><br>**Smart LED light bulbs**<br><br>With different types of shapes and bases, our smart LED light bulbs can fit almost any lamp or fixture in your home — making it easy to add smart light throughout your home. |

Ex. B – Evidence of Use Regarding Infringement of U.S. Patent No. 7,280,830

| Claim 1 | Signify - Philips Hue Secure smart home security system |
| --- | --- |




Source: https://www.philips-hue.com/en-us/products/smart-light-bulbs#Are_all_smart_light_bulbs_LED_

## Smart home security

Safeguard your home with light for an extra sense of protection, whether you're at home or away. With Philips Hue, you don't just get smart home security — you get bright home security.

Ex. B – Evidence of Use Regarding Infringement of U.S. Patent No. 7,280,830

| Claim 1 | Signify - Philips Hue Secure smart home security system |
|---|---|
| |  |

Ex. B – Evidence of Use Regarding Infringement of U.S. Patent No. 7,280,830

| Claim 1 | Signify - Philips Hue Secure smart home security system |
|---|---|
| establishing a home relationship between the new wireless device and a network server, such that no additional configuration is required by a user of the new device to communicate over a network once the relationship is established, wherein establishing a home relationship includes, determining at the network server, that the wireless device is an owned device, wherein the owned device is previously known to the network server; | Defendants' Accused Products include and/or utilize functionality for establishing a home relationship between the new wireless device and a network server, such that no additional configuration is required by a user of the new device to communicate over a network once the relationship is established, wherein establishing a home relationship includes determining, at the network server, that the wireless device is an owned device, wherein the owned device is previously known to the network server.<br><br>For example, within the Hue Secure smart home system, a smart bulb is paired with the Bridge using the Hue App through a scan and pairing process that automatically discovers the device when it is available for pairing. Upon successful addition, the device is added to the Bridge and becomes part of the user's home system, after which the device communicates with the Bridge over the network and can be accessed and controlled without requiring further configuration. The pairing process occurs within the user's account environment, which is essential for accessing all features and ensuring secure control of the smart home system, thereby indicating that the device is associated with a user-owned system. Further, during the discovery and pairing process, the Bridge identifies the device as a supported device type (e.g., light, sensor, camera, or other supported accessory) and adds the device to the system, demonstrating that the device is recognized by the Bridge as a previously known device category within the Hue ecosystem.<br><br>Accordingly, the Accused Products establish a home relationship between the wireless device and the Bridge, wherein the device is automatically discovered, added to a user-owned system, and recognized as a supported device type, consistent with determining that the device is an owned device previously known to the network server and enabling communication over the network without additional configuration once the relationship is established.<br><br>Connect with a Bridge<br>**Bulb and lamp setup instructions**<br>Your Bridge should be connected and added to your Hue app. |

Ex. B – Evidence of Use Regarding Infringement of U.S. Patent No. 7,280,830

| Claim 1 | Signify - Philips Hue Secure smart home security system |
|---|---|
| | 1. Open the Hue app.<br><br>2. On your Home tab, tap the **three dots (...)** icon. Then tap **Add devices**<br><br>Note: You can also open the **Settings** tab, and then tap Devices. Tap the **blue plus (+) icon** in the top right corner.<br> |

Ex. B – Evidence of Use Regarding Infringement of U.S. Patent No. 7,280,830

| Claim 1 | Signify - Philips Hue Secure smart home security system |
|---|---|
| | <br><br>3. Choose a Room to add the smart button to.<br>4. Scan the QR code.<br>If you have more Hue devices to add, scan them too. Once your devices have been successfully scanned, tap **Next.**<br>Note: If your product doesn't have a QR code, tap **No QR code** to add it by searching or using its serial number. |

Ex. B – Evidence of Use Regarding Infringement of U.S. Patent No. 7,280,830

| Claim 1 | Signify - Philips Hue Secure smart home security system |
| --- | --- |
| | <br>6. Name your lights.<br>You'll then be able to name and select icons for each of the lights you added.<br><br>Source: https://www.philips-hue.com/en-us/support/connect-hue-product/bulbs-and-lamps#bridge |

Ex. B – Evidence of Use Regarding Infringement of U.S. Patent No. 7,280,830

| Claim 1 | Signify - Philips Hue Secure smart home security system |
|---|---|
| | **How to connect Hue Bridge to WIFI?**<br><br>Connecting your Philips Hue Bridge or Hue Bridge Pro to WiFi is the essential first step to unlocking your smart lighting system. Mastering this **smart home bridge setup** ensures that your lights, sensors, and cameras communicate reliably across your entire home network.<br><br>The Bridge acts as the central hub that links all your Hue lights and accessories, allowing you to control them via the Philips Hue app, voice assistants, or automations — from anywhere in the world.<br><br>Source: https://www.philips-hue.com/en-us/explore-hue/faq/controls/how-to-connect-hue-bridge-to-wifi<br><br>**Can I use the Bridge Pro with all my Philips Hue lights and accessories?** —<br><br>Yes. All Philips Hue products can connect to the Bridge Pro to create a comprehensive smart lighting system.<br><br>Source: https://www.philips-hue.com/en-us/p/hue-bridge/046677458478<br><br>The Philips Hue Bridge bridges ZigBee 802.15.4 from compatible light bulbs to your wired Ethernet network. But it also happens to contain a built-in yet disabled 802.11n/g Wi-Fi radio.<br><br>Source: https://medium.com/@rxseger/enabling-the-hidden-wi-fi-radio-on-the-philips-hue-bridge-2-0-42949f0154e1 |
| automatically obtaining registration | Defendants' Accused Products include and/or utilize functionality for automatically obtaining registration information for a new wireless device. |

Ex. B – Evidence of Use Regarding Infringement of U.S. Patent No. 7,280,830

| Claim 1 | Signify - Philips Hue Secure smart home security system |
|---|---|
| information for the new device; | For example, the Hue App performs a scan that automatically discovers the device when the device is powered on and available for pairing, after which the discovered device is displayed within the application with its device information (e.g., Hue color lamp) for selection. The process includes initiating an auto scan, detecting available devices, and obtaining the device information required for onboarding without requiring manual entry of the device details. Once the device is successfully added, it becomes part of the system, thereby evidencing that registration information for the new wireless device is automatically obtained during the onboarding process.<br><br>1. Open the Hue app.<br><br>2. On your Home tab, tap the **three dots (...)** icon. Then tap **Add devices** |

Ex. B – Evidence of Use Regarding Infringement of U.S. Patent No. 7,280,830

| Claim 1 | Signify - Philips Hue Secure smart home security system |
| --- | --- |
| | Note: You can also open the **Settings** tab, and then tap Devices. Tap the **blue plus (+) icon** in the top right corner.<br><br> |

Ex. B – Evidence of Use Regarding Infringement of U.S. Patent No. 7,280,830

<table>
<tr><th>Claim 1</th><th>Signify - Philips Hue Secure smart home security system</th></tr>
<tr><td></td><td>


3. Choose a Room to add the smart button to.<br>
4. Scan the QR code.<br>
If you have more Hue devices to add, scan them too. Once your devices have been successfully scanned, tap **Next.**<br>
Note: If your product doesn't have a QR code, tap **No QR code** to add it by searching or using its serial number.<br>
Source: https://www.philips-hue.com/en-us/support/connect-hue-product/bulbs-and-lamps#bridge</td></tr>
</table>

Ex. B – Evidence of Use Regarding Infringement of U.S. Patent No. 7,280,830

| Claim 1 | Signify - Philips Hue Secure smart home security system |
|---|---|
| establishing a connection between a registration server and the network server; and<br><br>sending the registration information from the network server to the registration server. | Defendants' Accused Products include and/or utilize functionality for establishing a connection between a registration server and a network server, and for sending registration information from the network server to the registration server.<br><br>For example, the Hue Bridge is connected to the user's network via Ethernet and communicates with the Philips Hue Cloud to enable remote access and remote control, thereby establishing a connection between the Bridge and the cloud-based system. Devices paired with the Hue Bridge are integrated into the system using the Hue App, and once connected, the devices exchange status and control information with the Hue Bridge and are accessible for monitoring and control through the application, including remote access over an Internet connection. This integration of devices into a cloud-connected system through the Hue Bridge demonstrates that information associated with the added device is communicated through the Hue Bridge to the Philips Hue Cloud, thereby evidencing that registration information is sent from the network server to the registration server.<br><br>1. Open the Hue app.<br><br>2. On your Home tab, tap the **three dots (...)** icon. Then tap **Add devices** |

Ex. B – Evidence of Use Regarding Infringement of U.S. Patent No. 7,280,830

| Claim 1 | Signify - Philips Hue Secure smart home security system |
|---|---|
| | Note: You can also open the **Settings** tab, and then tap Devices. Tap the **blue plus (+) icon** in the top right corner.   |

Ex. B – Evidence of Use Regarding Infringement of U.S. Patent No. 7,280,830

| Claim 1 | Signify - Philips Hue Secure smart home security system |
|---|---|
| | <br>3. Choose a Room to add the smart button to.<br>4. Scan the QR code.<br>If you have more Hue devices to add, scan them too. Once your devices have been successfully scanned, tap **Next.**<br>Note: If your product doesn't have a QR code, tap **No QR code** to add it by searching or using its serial number. |

Ex. B – Evidence of Use Regarding Infringement of U.S. Patent No. 7,280,830

| Claim 1 | Signify - Philips Hue Secure smart home security system |
|---|---|
| | **Setup Instructions**<br><br>1. Open your smart home app (Apple Home, Google Home, Alexa)<br><br>2. Add a new device<br><br>3. Scan the QR code on the installation guide (Matter QR code) or enter the 11-digit pairing code.<br><br>4. Power on the bulb and ensure it's in pairing mode (blinks or resets if needed).<br><br>5. **Customize the bulb:** Name it, assign it to a room, and test automations.<br><br>**Tip**: If the bulb was previously connected to a Hue Bridge, you must **remove it from the bridge** before pairing it directly via Matter.<br><br>Source: https://www.philips-hue.com/en-us/support/connect-hue-product/bulbs-and-lamps#bridge<br><br>Control your smart light from anywhere in the world |

Ex. B – Evidence of Use Regarding Infringement of U.S. Patent No. 7,280,830

| Claim 1 | Signify - Philips Hue Secure smart home security system |
| --- | --- |
| | <br><br>Source: https://www.gearbrain.com/philips-hue-enable-remote-control-2644961622.html<br>**How to connect Hue Bridge to WIFI?**<br>Connecting your Philips Hue Bridge or Hue Bridge Pro to WiFi is the essential first step to unlocking your smart lighting system. Mastering this **smart home bridge setup** ensures that your lights, sensors, and cameras communicate reliably across your entire home network.<br>The Bridge acts as the central hub that links all your Hue lights and accessories, allowing you to control them via the Philips Hue app, voice assistants, or automations — from anywhere in the world.<br>Source: https://www.philips-hue.com/en-us/explore-hue/faq/controls/how-to-connect-hue-bridge-to-wifi |

Ex. B – Evidence of Use Regarding Infringement of U.S. Patent No. 7,280,830

| Claim 1 | Signify - Philips Hue Secure smart home security system |
|---|---|
| | Annex-1 Connected Products (Hue products)<br><br>\| \| Product Data Type \| Capability to store data on a remote server \|<br>\| Switches \| Button presses, battery level, connectivity state, device configuration \| Yes, indirectly. \|<br>\| Motion Sensors \| Motion, temperature[2], light level[2], battery level, connectivity state, device configuration \| Note: Connected Products can be connected to a cloud backend via a gateway/ bridge/control device, e.g. the Philips Hue Bridge, any other Zigbee-to-IP bridge, a Matter border router, an Amazon Alexa, Google Home, or Apple Home device, a smartphone App, and others[1]. \|<br>\| Open/Close Sensors \| Open-close, tamper detection, battery level, connectivity state, device configuration \| \|<br>\| Lights \| On/off, dim level, color temperature, color, dynamics, network parameters, connectivity state, device configuration \| \|<br><br>Annex-2 Related Services (Hue services)<br><br>\| \| Related Service Data Type \|<br>\| Hue App[3] \| Data on how the App is being used for light control, scene download, creation and usage, automations, Hue Secure, (entertainment) light syncing, and Hue system configurations \|<br>\| Hue Secure Cloud Services[3] \| Data on how the Hue Secure services are used with respect to arming/disarming, live view and video clip viewing related events, security events including push notifications, timeline, (light) alarming, events to the Bridge for convenience use cases, security and camera configuration settings \|<br>\| General Hue Cloud Services[3] \| Data that allows the Bridge discovery and connecting apps and services (including 3rd party apps and services) via the cloud to the Bridge. Device management, IP-address-based geolocation, account and Home related data \|<br><br>Source: https://www.philips-hue.com/en-us/support/legal/data-notice |