# EXHIBIT C

Ex. C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,593,428

| Claim 14 | Signify Wiz - Smart Plug Gen 2 |
|---|---|
| 14. A method comprising: | Defendants Signify N.V. and Signify Netherlands B.V. (collectively, "Signify" or "Defendants") manufacture, use (including through testing), sell, and/or offer for sale, and instruct end users to use the Signify WiZ - Smart Plug Gen 2 (the "Accused Products"), which support wireless communication using IEEE standards including IEEE 802.11n.<br><br>Within the Accused Products, operation is performed in accordance with IEEE 802.11n-2009 and IEEE 802.11-2016 standards, which define aggregate medium access control (MAC) protocol data units (A-MPDUs) and medium access control (MAC) protocol data units (MPDUs). An A-MPDU consists of a sequence of one or more A-MPDU subframes and contains one or more MPDUs that are transported by a physical layer (PHY) as a single PHY service data unit (PSDU). The standards further define that several MPDUs are combined into a single frame for transmission, and that a CRC is used as a frame check sequence (FCS) to protect the MPDU fields. Accordingly, the Accused Products operate using IEEE 802.11-defined procedures for handling, structuring, and transmitting data within a wireless system.<br><br>**Eindhoven, the Netherlands –** Signify (Euronext: LIGHT), the world leader in lighting, has agreed to acquire WiZ Connected, developers of the WiZ Wi-Fi-based connected lighting ecosystem. The addition of WiZ enables Signify to extend its leadership by stepping into the Wi-Fi-based smart lighting market.<br><br>Source: https://www.signify.com/global/our-company/news/press-releases/2019/20190416-signify-acquires-wiz-connected-to-further-expand-its-leadership-in-connected-lighting<br><br>**Smart Plug Gen 2** |

Ex. C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,593,428

| Claim 14 | Signify Wiz - Smart Plug Gen 2 |
| --- | --- |
| | <br><br>**Smart Plug Gen 2**<br>Make any power outlet smart with the WiZ Smart Plug gen 2. Plug in your device and control it using the WiZ app or voice commands, and check its status remotely at any time for extra peace of mind. You can also schedule on/off timers to sync your devices with your daily routine and to save energy.<br>Show less<br>$14.29<br>ADD TO CART<br>**SPECIFICATIONS**<br>**WHAT'S SUPPORTED**<br>Compatible with Effects: Yes<br>WiFi: 802.11b/g/n<br><br>Source: https://www.wizconnected.com/en-us/p/accessory-smart-plug-gen-2/046677605452#specifications |

Ex. C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,593,428

| Claim 14 | Signify Wiz - Smart Plug Gen 2 |
| --- | --- |
| | <br>Source: https://ieeexplore.ieee.org/document/5307322 , IEEE 802.11n- 2009<br>Source: https://ieeexplore.ieee.org/document/7786995 , IEEE 802.11- 2016 |

<table>
<tr><th>Claim 14</th><th>Signify Wiz - Smart Plug Gen 2</th></tr>
<tr><td></td><td>

**7.4a Aggregate MPDU (A-MPDU)**

**7.4a.1 A-MPDU format**

An A-MPDU consists of a sequence of one or more A-MPDU subframes as shown in Figure 7-101o.

<table>
<tr><td></td><td>A-MPDU subframe 1</td><td>A-MPDU subframe 2</td><td>…</td><td>A-MPDU subframe n</td></tr>
<tr><td>Octets:</td><td>variable</td><td>variable</td><td></td><td>variable</td></tr>
</table>

**Figure 7-101o—A-MPDU format**

Each A-MPDU subframe consists of an MPDU delimiter followed by an MPDU. Except when an A-MPDU subframe is the last one in an A-MPDU, padding octets are appended to make each A-MPDU subframe a multiple of 4 octets in length. The A-MPDU maximum length is 65 535 octets. The length of an A-MPDU addressed to a particular STA may be further constrained as described in 9.7d.2.

Source: IEEE 802.11n- 2009, Page 88 of 502

**aggregate medium access control (MAC) protocol data unit (A-MPDU):** A structure that contains one or more MPDUs and is transported by a physical layer (PHY) as a single PHY service data unit (PSDU).

**medium access control (MAC) protocol data unit (MPDU):** The unit of data exchanged between two peer MAC entities using the services of the physical layer (PHY). *Syn:* **medium access control (MAC) frame**.

Source: IEEE 802.11- 2016, Page 128, 135 of 3532

</td></tr>
</table>

| Claim 14 | Signify Wiz - Smart Plug Gen 2 |
| --- | --- |

The MPDU delimiter is 4 octets in length. The structure of the MPDU delimiter when transmitted by a non-DMG STA is defined in Figure 9-744. The structure of the MPDU Delimiter field when transmitted by a DMG STA is shown in Figure 9-745.

| | B0 | B1 | B2 B15 | B16 B23 | B24 B31 |
| --- | --- | --- | --- | --- | --- |
| | EOF | Reserved | MPDU Length | CRC | Delimiter Signature |
| Bits: | 1 | 1 | 14 | 8 | 8 |

**Figure 9-744—MPDU delimiter (non-DMG)**

The purpose of the MPDU delimiter is to locate the MPDUs within the A-MPDU so that the structure of the A-MPDU can usually be recovered when one or more MPDU delimiters are received with errors. See O.2 for a description of a deaggregation algorithm.

### 9.7.2 MPDU delimiter CRC field

The MPDU delimiter CRC field is an 8-bit CRC value. It is used as a frame check sequence (FCS) to protect the Reserved and MPDU Length fields. The CRC field is the 1s complement of the remainder generated by the modulo 2 division of the protected bits by the polynomial $x^8 + x^2 + x^1 + 1$, where the shift-register state is preset to all 1s.

Source: IEEE 802.11- 2016, Page 1288 and 1290 of 3532

**A-MPDU**

Another method of frame aggregation is A-MPDU, where several MPDUs are combined into a single frame for transmission. Each MPDU of A-MPDU has the same receiver address and data payload and each MPDU is encrypted using the CCMP encryption method. Similar to A-MSDU, each MPDU within the A-MPDU must be of the same 802.11e QoS access category. A-MPDU has more overhead than A-MSDU because each MPDU contains a MAC header and trailer details.

Ex. C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,593,428

<table>
<tr><th>Claim 14</th><th>Signify Wiz - Smart Plug Gen 2</th></tr>
<tr><td></td><td>




Source: https://www.cwnp.com/802.11-mac-series-ndash-basics-mac-architecture-ndash-part-1-3/
</td></tr>
</table>

Ex. C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,593,428

| Claim 14 | Signify Wiz - Smart Plug Gen 2 |
|---|---|
| | Additional accused products include WiZ devices such as Smart Plugs, Outdoor & Indoor Cameras, Bulbs, Floor Lights, LED Strips, Table Lamps as well as other wireless-enabled devices that support IEEE 802.11 communication. These devices operate in accordance with IEEE 802.11 standards, including IEEE 802.11n, to enable wireless data transmission within the network. During operation, the devices exchange data using defined MAC and PHY layer procedures, including the formation and transmission of MPDUs and A-MPDUs. Accordingly, these devices implement the same IEEE 802.11-based data handling, structuring, and transmission functionality.   |

Ex. C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,593,428

| Claim 14 | Signify Wiz - Smart Plug Gen 2 |
|---|---|
| | **WHAT'S SUPPORTED**<br><br>Compatible with Effects Yes<br><br>WiFi 802.11b/g/n<br><br>Source: https://www.wizconnected.com/en-us/p/accessory-smart-plug-gen-3-x-3/046677605735<br><br>Products > Home monitoring > HOME MONITORING Outdoor Camera<br><br><br><br>**Outdoor Camera**<br>Who's out there? Make your home feel safer with the water-resistant WiZ Outdoor Camer...<br>Read more<br>$120.99<br>ADD TO CART |

Ex. C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,593,428

| Claim 14 | Signify Wiz - Smart Plug Gen 2 |
| --- | --- |
| | WHAT'S SUPPORTED<br>Compatible with Effects Yes<br>WiFi 802.11b/g/n<br>Source: https://www.wizconnected.com/en-us/p/home-monitoring-outdoor-camera/046677605483<br>Products > Home monitoring > HOME MONITORING Indoor Camera<br><br>Indoor Camera<br>Keep an eye on your home 24/7 with real-time video streaming in high definition...<br>Read more<br>Low stock<br>$76.99<br>ADD TO CART |

Ex. C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,593,428

| Claim 14 | Signify Wiz - Smart Plug Gen 2 |
|---|---|
| | **WHAT'S SUPPORTED**<br>Compatible with Effects Yes<br>WiFi 802.11b/g/n<br>Source: https://www.wizconnected.com/en-us/p/home-monitoring-indoor-camera/046677604608#specifications<br>Products > Bulbs > MODERN BULB Reflector 65W BR30 E26<br><br>**Reflector 65W BR30 E26**<br>Experience lighting that matches your mood. The WiZ 65W BR30 tunable white LE...<br>Read more<br>Low stock<br>$12.09<br>ADD TO CART |

Ex. C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,593,428

| **Claim 14** | **Signify Wiz - Smart Plug Gen 2** |
|---|---|
| | **WHAT'S SUPPORTED**<br>Compatible with Effects Yes<br>WiFi 802.11b/g/n<br>Source: https://www.wizconnected.com/en-us/p/modern-bulb-reflector-65w-br30-e26/046677604271<br>Products > Bulbs > MODERN BULB Bulb 100W A19 E26<br><br>**Bulb 100W A19 E26**<br>Jass up your home with this WiZ full-color smart bulb. Easily adjust the brightness,...<br>Read more<br>$18.69<br>ADD TO CART |

Ex. C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,593,428

| Claim 14 | Signify Wiz - Smart Plug Gen 2 |
|---|---|
| | **WHAT'S SUPPORTED**<br>Compatible with Effects — Yes<br>WiFi — 802.11b/g/n<br>Source: https://www.wizconnected.com/en-us/p/modern-bulb-bulb-100w-a19-e26/046677640019<br>Products > Bulbs > FILAMENT BULB Filament Globe Clear 25W ST19 E26<br><br>**Filament Globe Clear 25W ST19 E26**<br>Bring a touch of vintage style to your life with the WiZ smart filament globe bulb....<br>Read more<br>$32.99<br>ADD TO CART |

Ex. C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,593,428

| Claim 14 | Signify Wiz - Smart Plug Gen 2 |
|---|---|
| | **WHAT'S SUPPORTED**<br>Compatible with Effects — Yes<br>WiFi — 802.11b/g/n<br>Source: https://www.wizconnected.com/en-us/p/filament-bulb-filament-globe-clear-25w-st19-e26/046677604714<br>**Similarly, all below mentioned Smart bulb supports: Wi-Fi 802.11b/g/n**<br><br>Bulb 60W A19 E26 x2: Full color smart bulb; Up to 800 lumens; Easy plug and play; Control with app or voice; $21.99<br>Candle 40W B12 E12: Full color smart bulb; Up to 355 lumens; Easy plug and play; Control with app or voice; $15.39<br>Bulb 100W A19 E26: Full color smart bulb; Up to 1550 @ 2700K lumens; Easy plug and play; Control with app or voice; $18.69<br>Bulb 60W A19 E26: Full color smart bulb; Up to 800 lumens; Easy plug and play; Control with app or voice; $12.09 |

Ex. C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,593,428

| Claim 14 | Signify Wiz - Smart Plug Gen 2 |
| --- | --- |
| |  |

Ex. C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,593,428

<table>
<tr><th>Claim 14</th><th>Signify Wiz - Smart Plug Gen 2</th></tr>
<tr><td></td><td>


<br>
Source: https://www.wizconnected.com/en-us/products/bulbs
</td></tr>
</table>

Ex. C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,593,428

| Claim 14 | Signify Wiz - Smart Plug Gen 2 |
| --- | --- |
| | <br><br>Source: https://www.wizconnected.com/en-us/p/floor-lamps-gradient-floor-light/046677640040#specifications<br>**Similarly, all below mentioned TV Lights supports: Wi-Fi 802.11b/g/n** |

Ex. C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,593,428

| Claim 14 | Signify Wiz - Smart Plug Gen 2 |
| --- | --- |
| | <br>Source: https://www.wizconnected.com/en-us/products/tv-lights |

Ex. C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,593,428

| Claim 14 | Signify Wiz - Smart Plug Gen 2 |
|---|---|
| | <br><br>Source: https://www.wizconnected.com/en-us/p/light-strip-led-strip-rgbic-164ft/046677605568#specifications |

Ex. C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,593,428

| Claim 14 | Signify Wiz - Smart Plug Gen 2 |
|---|---|
| | Products > Light strips > Light Strip Fairy Light 65.6ft<br><br>Fairy Light 65.6ft<br>Add fun and flair to any space with 65.6 feet of full-color WiZ Fairy Lights....<br>Read more<br>$87.99<br>ADD TO CART<br>WHAT'S SUPPORTED<br>Compatible with Effects Yes<br>WiFi 802.11b/g/n<br>Source: https://www.wizconnected.com/en-us/p/light-strip-fairy-light-656ft/046677605506<br>**Similarly, all below mentioned LED Strip supports: Wi-Fi 802.11b/g/n** |

Ex. C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,593,428

| Claim 14 | Signify Wiz - Smart Plug Gen 2 |
| --- | --- |
| |  |

Ex. C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,593,428

| Claim 14 | Signify Wiz - Smart Plug Gen 2 |
|---|---|
| | <br><br>Source: https://www.wizconnected.com/en-us/products/lightstrips |

Ex. C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,593,428

| Claim 14 | Signify Wiz - Smart Plug Gen 2 |
|---|---|
| | Products > Luminaires > Table lamps Mobile Portable Light<br><br>**Mobile Portable Light**<br>The WiZ Mobile Portable light works wirelessly and has a handy strap on top, so you...<br>Read more<br>Low stock<br>$98.99<br>ADD TO CART<br>**WHAT'S SUPPORTED**<br>Compatible with Effects Yes<br>WiFi 802.11b/g/n<br>Source: https://www.wizconnected.com/en-us/p/table-lamps-mobile-portable-light/046677604356#specifications |

Ex. C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,593,428

| Claim 14 | Signify Wiz - Smart Plug Gen 2 |
|---|---|
| | Products > Luminaires > Floor lamps Pole Floor Light<br><br>**Pole Floor Light**<br>Bring any room to life with stunning blends of colorful light using the WiZ Pole Flo...<br>Read more<br>$131.99<br>ADD TO CART<br>**WHAT'S SUPPORTED**<br>Compatible with Effects — Yes<br>WiFi — 802.11b/g/n<br>Source: https://www.wizconnected.com/en-us/p/floor-lamps-pole-floor-light/046677604349#specifications |

Ex. C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,593,428

| Claim 14 | Signify Wiz - Smart Plug Gen 2 |
|---|---|
| | <br>Source: https://www.wizconnected.com/en-us/p/table-lamps-hero-table-lamp/046677604080 |

Ex. C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,593,428

| Claim 14 | Signify Wiz - Smart Plug Gen 2 |
|---|---|
| | Products > Luminaires > Table lamps Gradient Light Bars<br><br>**Gradient Light Bars**<br>Wash the walls with dynamic, multicolor light using two WiZ Gradient Light Bars. Place...<br>Read more<br>Out of stock<br>$62.99<br>**WHAT'S SUPPORTED**<br>Compatible with Effects: Yes<br>WiFi: 802.11b/g/n<br>Source: https://www.wizconnected.com/en-us/p/table-lamps-gradient-light-bars/046677640057#specifications |

Ex. C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,593,428

<table>
<tr><th>Claim 14</th><th>Signify Wiz - Smart Plug Gen 2</th></tr>
<tr><td></td><td>



Source: https://www.wizconnected.com/en-us/p/table-lamps-squire-table-lamp/046677604240#specifications</td></tr>
<tr><td>receiving data from a data source at a transceiver station; and</td><td>Defendants' Accused Products include and/or utilize functionality for receiving data from a data source at a transceiver station and, in response to programmed instructions in processing circuitry at the transceiver station.<br><br>For example, IEEE 802.11 standards define that a MAC service data unit (MSDU) is information that is delivered as a unit between MAC service access points (SAPs), where the MSDU originates from higher layer entities and is</td></tr>
</table>

| Claim 14 | Signify Wiz - Smart Plug Gen 2 |
|---|---|
| in response to programmed instructions in processing circuitry at the transceiver station; | provided to the MAC sublayer. The local MAC uses underlying PHY-level services to transport an MSDU to a peer MAC entity, and an MSDU is transmitted in one or more MAC protocol data units (MPDUs), which are exchanged between two peer MAC entities using the services of the physical layer (PHY). Further, IEEE 802.11 defines a connection path through the wireless medium between a non-access point (non-AP) station (STA) and an access point (AP), and distribution services provide the ability to exchange and deliver MSDUs within a distribution system (DS), including when the frame is sent via the DS. The transport of MSDUs from higher layer entities through the MAC and PHY layers, and their exchange between STAs operating in an ESS, demonstrates receiving data from a data source at a transceiver station, and performing processes that involve transport, aggregation, and frame formatting of the MSDU in response to defined operations in the MAC data plane.<br><br>**6.1.5 MAC data service architecture**<br><br>***Change the first two paragraphs of 6.1.5 as follows:***<br><br>The MAC data plane architecture (i.e., processes that involve transport of all or part of a MAC service data unit (MSDU) is shown in Figure 6-1. During transmission, an MSDU goes through some or all of the following processes: aggregate MSDU (A-MSDU) aggregation, frame delivery deferral during power save mode, sequence number assignment, fragmentation, encryption, integrity protection, ~~and~~ frame formatting, and aggregate MAC protocol data unit (A-MPDU) aggregation. IEEE Std 802.1X-2004 may block the MSDU at the Controlled Port. At some point, the data frames that contain all or part of the MSDU are queued per access category/traffic stream (AC/TS). ~~This queuing may be at any of the three points indicated in Figure 6-1.~~<br><br>Source: IEEE 802.11n- 2009, Page 10 of 502<br><br>**medium access control (MAC) service data unit (MSDU):** Information that is delivered as a unit between MAC service access points (SAPs).<br>**medium access control (MAC) protocol data unit (MPDU):** The unit of data exchanged between two peer MAC entities using the services of the physical layer (PHY). *Syn:* **medium access control (MAC) frame**.<br>**aggregate medium access control (MAC) protocol data unit (A-MPDU) subframe:** A portion of an A-MPDU that contains a delimiter and optionally contains an MPDU plus any necessary padding.<br><br>Source: IEEE 802.11- 2016, Page 128, 135 of 3534 |

Ex. C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,593,428

| Claim 14 | Signify Wiz - Smart Plug Gen 2 |
| --- | --- |
| | NOTE—The MMPDU occupies a position in the management plane similar to that of the MAC service data unit (MSDU) in the data plane. An MSDU or MMPDU is transmitted in one or more MAC protocol data units (MPDUs) (with the Type field set to Data or Management, respectively). An MSDU can be carried in an aggregate MAC service data unit (A-MSDU). An A-MSDU is transmitted in one MPDU. An MSDU, A-MSDU, or MMPDU can be carried (in an MPDU) in an A-MPDU.<br>Source: IEEE 802.11- 2016, Page 154 of 3534<br><br>Source: https://www.cwnp.com/802.11-mac-series-ndash-basics-mac-architecture-ndash-part-1-3/ |

Ex. C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,593,428

| Claim 14 | Signify Wiz - Smart Plug Gen 2 |
| --- | --- |
| | **4.5.2 Distribution of MSDUs within a DS**<br><br>**4.5.2.1 Distribution**<br><br>This is the primary service used by IEEE 802.11 STAs. It is conceptually invoked by every data message to or from an IEEE 802.11 STA operating in an ESS (when the frame is sent via the DS). Distribution is via the DSS.<br><br>**4.5.3.3 Association**<br><br>To deliver an MSDU within a DS, the distribution service needs to know which AP to access for the given IEEE 802.11 STA. This information is provided to the DS by the concept of association. Association is necessary, but not sufficient, to support BSS-transition mobility. Association is sufficient to support no-transition mobility. Association is one of the services in the DSS.<br><br>Before a STA is allowed to send an MSDU via an AP, it first becomes associated with the AP. The act of becoming associated invokes the association service, which provides the STA to AP mapping to the DS. How the information provided by the association service is stored and managed within the DS is not specified by this standard.<br><br>Source: IEEE 802.11- 2016, Page 218 and 220 of 3532<br><br>**5.1 Overview of MAC services**<br><br>**5.1.1.1 General**<br><br>This service provides peer LLC sublayer entities with the ability to exchange MSDUs. To support this service, the local MAC uses the underlying PHY-level services to transport an MSDU to a peer MAC entity, where it is delivered to the peer LLC sublayer. Such asynchronous MSDU transport is performed on a connectionless basis. By default, MSDU transport is on a best-effort basis. However, the QoS facility uses a<br><br>Source: IEEE 802.11- 2016, Page 246 of 3532<br><br>**extended service set (ESS) link:** In the context of an IEEE 802.11 medium access control (MAC) entity, a connection path through the wireless medium between a non-access-point (non-AP) station (STA) and one of the APs that is a member of the ESS. |

| Claim 14 | Signify Wiz - Smart Plug Gen 2 |
|---|---|
| | IEEE 802.11- 2016, Page 149 of 3532<br><br>DSS distribution system service<br>DSSS direct sequence spread spectrum<br>MSDU MAC service data unit<br><br>Source: IEEE 802.11- 2016, Page 173 and 177 of 3532 |
| selecting a first portion of the data to be protected by a first checksum and selecting a second portion of the data to be protected by a second checksum; | Defendants' Accused Products include and/or utilize functionality for selecting a first portion of the data to be protected by a first checksum and selecting a second portion of the data to be protected by a second checksum.<br><br>For example, IEEE 802.11 standards define that each A-MPDU subframe consists of an MPDU delimiter followed by an MPDU, where the MPDU delimiter includes fields such as Reserved, MPDU length, CRC, and Delimiter Signature. The CRC field is an 8-bit CRC value used as a frame check sequence (FCS) to protect specific fields, including the Reserved and MPDU Length fields, and is generated based on the protected bits. Further, an aggregate MPDU (A-MPDU) ("data") consists of a sequence of one or more A-MPDU subframes ("first and second portion of data"), where each subframe contains its own MPDU delimiter and corresponding CRC field. The presence of multiple MPDU subframes within an A-MPDU, each having its own CRC protecting respective fields, demonstrates selecting portions of the data (e.g., Reserved and MPDU Length fields within each delimiter) to be protected by corresponding CRC values, thereby satisfying the claimed functionality of selecting a first portion of the data to be protected by a first checksum and selecting a second portion of the data to be protected by a second checksum. |

Ex. C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,593,428

| Claim 14 | Signify Wiz - Smart Plug Gen 2 |
|---|---|
| | **7.4a Aggregate MPDU (A-MPDU)**<br><br>**7.4a.1 A-MPDU format**<br><br>An A-MPDU consists of a sequence of one or more A-MPDU subframes as shown in Figure 7-101o.<br><br>Octets: A-MPDU subframe 1 (variable) \| A-MPDU subframe 2 (variable) \| … \| A-MPDU subframe n (variable)<br><br>**Figure 7-101o—A-MPDU format**<br><br>Each A-MPDU subframe consists of an MPDU delimiter followed by an MPDU. Except when an A-MPDU subframe is the last one in an A-MPDU, padding octets are appended to make each A-MPDU subframe a multiple of 4 octets in length. The A-MPDU maximum length is 65 535 octets. The length of an A-MPDU addressed to a particular STA may be further constrained as described in 9.7d.2.<br><br>Source: IEEE 802.11n- 2009, Page 88 of 502<br><br>**aggregate medium access control (MAC) protocol data unit (A-MPDU) subframe:** A portion of an A-MPDU that contains a delimiter and optionally contains an MPDU plus any necessary padding.<br><br>**medium access control (MAC) frame:** The unit of data exchanged between MAC entities. *Syn:* **medium access control (MAC) protocol data unit (MPDU)**.<br><br>NOTE—In contexts in which the MAC is clearly the subject, "frame" is an implicit reference to a MAC frame.<br><br>**medium access control (MAC) protocol data unit (MPDU):** The unit of data exchanged between two peer MAC entities using the services of the physical layer (PHY). *Syn:* **medium access control (MAC) frame**.<br><br>Source: IEEE 802.11- 2016, Page 128, 135 of 3534 |

| Claim 14 | Signify Wiz - Smart Plug Gen 2 |
|---|---|
| | (see below) |

| | MPDU delimiter | MPDU | Padding |
|---|---|---|---|
| Octets: | 4 | variable | 0–3 |

**Figure 9-743—A-MPDU subframe format**

The MPDU delimiter is 4 octets in length. The structure of the MPDU delimiter when transmitted by a non-DMG STA is defined in Figure 9-744. The structure of the MPDU Delimiter field when transmitted by a DMG STA is shown in Figure 9-745.

| | B0 | B1 | B2 B15 | B16 B23 | B24 B31 |
|---|---|---|---|---|---|
| | EOF | Reserved | MPDU Length | CRC | Delimiter Signature |
| Bits: | 1 | 1 | 14 | 8 | 8 |

**Figure 9-744—MPDU delimiter (non-DMG)**

Source: IEEE 802.11- 2016, Page 1288 of 3532

Ex. C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,593,428

| Claim 14 | Signify Wiz - Smart Plug Gen 2 |
|---|---|

Each A-MPDU subframe consists of an MPDU delimiter followed by an MPDU. Except when an A-MPDU subframe is the last one in an A-MPDU, padding octets are appended to make each A-MPDU subframe a multiple of 4 octets in length. The A-MPDU maximum length is 65 535 octets. The length of an A-MPDU addressed to a particular STA may be further constrained as described in 9.7d.2.

The MPDU delimiter is 4 octets in length. The structure of the MPDU delimiter is defined in Figure 7-101p.




**Figure 7-101p—A-MPDU subframe format**

**Table 7-57w— MPDU delimiter fields**

| Field | Size (bits) | Description |
|---|---|---|
| Reserved | 4 | |
| MPDU length | 12 | Length of the MPDU in octets |
| CRC | 8 | 8-bit CRC of the preceding 16-bits. |
| Delimiter Signature | 8 | Pattern that may be used to detect an MPDU delimiter when scanning for a delimiter.<br>The unique pattern is set to the value 0x4E.<br>NOTE—As the Delimiter Signature field was created by the IEEE 802.11 Task Group n, it chose the ASCII value for the character 'N' as the unique pattern. |

Source: IEEE 802.11n- 2009, Page 88,89 of 502

| Claim 14 | Signify Wiz - Smart Plug Gen 2 |
|---|---|
| | The purpose of the MPDU delimiter is to locate the MPDUs within the A-MPDU so that the structure of the A-MPDU can usually be recovered when one or more MPDU delimiters are received with errors. See O.2 for a description of a deaggregation algorithm.<br><br>**9.7.2 MPDU delimiter CRC field**<br><br>The MPDU delimiter CRC field is an 8-bit CRC value. It is used as a frame check sequence (FCS) to protect the Reserved and MPDU Length fields. The CRC field is the 1s complement of the remainder generated by the modulo 2 division of the protected bits by the polynomial $x^8 + x^2 + x^1 + 1$, where the shift-register state is preset to all 1s.<br><br>Source: IEEE 802.11- 2016, Page 1290 of 3532 |

**Table 9-422— MPDU delimiter fields (non-DMG)**

| Field | Size (bits) | Description |
|---|---|---|
| EOF | 1 | End of frame indication. Set to 1 in an A-MPDU subframe that has 0 in the MPDU Length field and that is used to pad the A-MPDU in a VHT PPDU as described in 10.13.6. Set to 1 in the MPDU delimiter of a VHT single MPDU as described in 10.13.7. Set to 0 otherwise. |
| Reserved | 1 | |
| MPDU Length | 14 | Length of the MPDU in octets. Set to 0 if no MPDU is present. An A-MPDU subframe with 0 in the MPDU Length field is used as defined in 10.13.3 to meet the minimum MPDU start spacing requirement and also to pad the A-MPDU to fill the available octets in a VHT PPDU as defined in 10.13.6. |
| CRC | 8 | 8-bit CRC of the preceding 16 bits. |
| Delimiter Signature | 8 | Pattern that can be used to detect an MPDU delimiter when scanning for an MPDU delimiter.<br>The unique pattern is 0x4E (see NOTE below). |
| NOTE—The ASCII value of the character 'N' was chosen as the unique pattern for the value in the Delimiter Signature field. | | |

<table>
<tr><th>Claim 14</th><th>Signify Wiz - Smart Plug Gen 2</th></tr>
<tr><td></td><td>
Table 9-423—MPDU delimiter fields (DMG)
<table>
<tr><th>MPDU Delimiter field</th><th>Size (bits)</th><th>Description</th></tr>
<tr><td>Reserved</td><td>3</td><td></td></tr>
<tr><td>MPDU Length</td><td>13</td><td>Length of MPDU in octets</td></tr>
<tr><td>CRC</td><td>8</td><td>8-bit CRC on preceding 16 bits</td></tr>
<tr><td>Delimiter Signature</td><td>8</td><td>Pattern that can be used to detect an MPDU delimiter when scanning for a delimiter. The unique pattern is 0x4E.</td></tr>
</table>
Source: IEEE 802.11- 2016, Page 1289 of 3532
</td></tr>
<tr><td>performing a first checksum calculation upon the selected first portion and</td><td>
Defendants' Accused Products include and/or utilize functionality for selecting a first portion of the data to be protected by a first checksum.<br><br>
For example, IEEE 802.11 standards define that an A-MPDU consists of a sequence of one or more A-MPDU subframes, including A-MPDU subframe 1, where each A-MPDU subframe consists of an MPDU delimiter followed by an MPDU. The MPDU delimiter includes fields such as Reserved, MPDU Length, and CRC, and the MPDU delimiter CRC field is an 8-bit CRC value used as a frame check sequence (FCS) to protect the Reserved and MPDU Length fields. The CRC is generated based on the protected bits, indicating that within A-MPDU subframe 1, specific fields of the data are selected for protection by the CRC. This demonstrates selecting a first portion of the data (A-MPDU subframe 1) to be protected by a first checksum.
</td></tr>
</table>

Ex. C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,593,428

<table>
<tr><th>Claim 14</th><th>Signify Wiz - Smart Plug Gen 2</th></tr>
<tr><td></td><td>

**7.4a.1 A-MPDU format**

An A-MPDU consists of a sequence of one or more A-MPDU subframes as shown in Figure 7-101o.




**Figure 7-101o—A-MPDU format**

The MPDU delimiter is 4 octets in length. The structure of the MPDU delimiter is defined in Figure 7-101p.




**Figure 7-101p—A-MPDU subframe format**

**7.4a.2 MPDU delimiter CRC field**

The MPDU delimiter CRC field is an 8-bit CRC value. It is used as a frame check sequence (FCS) to protect the Reserved and MPDU Length fields. The CRC field is the ones complement of the remainder generated by the modulo 2 division of the protected bits by the polynomial $x^8 + x^2 + x^1 + 1$, where the shift-register state is preset to all ones.

NOTE—The order of transmission of bits within the CRC field is defined in 7.1.1.

Source: IEEE 802.11n- 2009, Page 88, 89 of 502

</td></tr>
</table>

| Claim 14 | Signify Wiz - Smart Plug Gen 2 |
|---|---|
| | The purpose of the MPDU delimiter is to locate the MPDUs within the A-MPDU so that the structure of the A-MPDU can usually be recovered when one or more MPDU delimiters are received with errors. See O.2 for a description of a deaggregation algorithm.<br><br>Figure 9-747 illustrates the CRC calculation for the MPDU delimiter.<br><br><br>**Figure 9-747—MPDU delimiter CRC calculation**<br><br>Source: IEEE 802.11- 2016, Page 1290 of 3532 |
| performing at least a second checksum calculation upon the selected second portion; and | Defendants' Accused Products include and/or utilize functionality for performing at least a second checksum calculation upon the selected second portion.<br><br>For example, IEEE 802.11 standards define that an A-MPDU consists of a sequence of one or more A-MPDU subframes, including A-MPDU subframe 2, where each A-MPDU subframe consists of an MPDU delimiter followed by an MPDU. The MPDU delimiter includes a CRC field, and the MPDU delimiter CRC field is an 8-bit CRC value used as a frame check sequence (FCS) to protect the Reserved and MPDU Length fields. The CRC is generated as the ones complement of the remainder generated by the modulo 2 division of the protected bits, and |

Ex. C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,593,428

| Claim 14 | Signify Wiz - Smart Plug Gen 2 |
| --- | --- |
| | CRC calculation is illustrated for the MPDU delimiter. The presence of a CRC field and corresponding CRC calculation for A-MPDU subframe 2 demonstrates performing a checksum calculation upon the selected second portion (A-MPDU subframe 2).<br>**7.4a.1 A-MPDU format**<br>An A-MPDU consists of a sequence of one or more A-MPDU subframes as shown in Figure 7-101o.<br><br><br>**Figure 7-101o—A-MPDU format**<br>The MPDU delimiter is 4 octets in length. The structure of the MPDU delimiter is defined in Figure 7-101p.<br><br><br>**Figure 7-101p—A-MPDU subframe format** |

Ex. C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,593,428

| Claim 14 | Signify Wiz - Smart Plug Gen 2 |
| --- | --- |
| | **7.4a.2 MPDU delimiter CRC field**<br><br>The MPDU delimiter CRC field is an 8-bit CRC value. It is used as a frame check sequence (FCS) to protect the Reserved and MPDU Length fields. The CRC field is the ones complement of the remainder generated by the modulo 2 division of the protected bits by the polynomial $x^8 + x^2 + x^1 + 1$, where the shift-register state is preset to all ones.<br><br>NOTE—The order of transmission of bits within the CRC field is defined in 7.1.1.<br><br>Source: IEEE 802.11n- 2009, Page 88, 89 of 502<br><br>The purpose of the MPDU delimiter is to locate the MPDUs within the A-MPDU so that the structure of the A-MPDU can usually be recovered when one or more MPDU delimiters are received with errors. See O.2 for a description of a deaggregation algorithm.<br><br>Figure 9-747 illustrates the CRC calculation for the MPDU delimiter.<br><br><br><br>**Figure 9-747—MPDU delimiter CRC calculation**<br><br>Source: IEEE 802.11- 2016, Page 1290 of 3532 |

Ex. C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,593,428

| Claim 14 | Signify Wiz - Smart Plug Gen 2 |
|---|---|
| formatting the data into a packet-formatted data packet, wherein the packet-formatted data packet comprises the selected first portion, indicia associated with the first checksum calculation, the selected second portion, and indicia associated with the second checksum calculation. | Defendants' Accused Products include and/or utilize functionality for formatting the data into a packet-formatted data packet, wherein the packet-formatted data packet comprises the selected first portion, indicia associated with the first checksum calculation, the selected second portion, and indicia associated with the second checksum calculation.<br><br>For example, IEEE 802.11 standards define that an aggregate medium access control (MAC) protocol data unit (A-MPDU) consists of a sequence of one or more A-MPDU subframes, including A-MPDU subframe 1 and A-MPDU subframe 2, thereby forming a structured data unit for transmission. Each A-MPDU subframe consists of an MPDU delimiter followed by an MPDU, where the MPDU delimiter includes fields such as Reserved, MPDU Length, CRC, and Delimiter Signature. The CRC field is an 8-bit CRC value used as a frame check sequence (FCS) to protect the Reserved and MPDU Length fields, and CRC calculation is performed for each MPDU delimiter. Accordingly, the A-MPDU structure includes multiple subframes (e.g., A-MPDU subframe 1 and A-MPDU subframe 2) as portions of data, along with corresponding CRC fields within each MPDU delimiter as indicia associated with checksum calculations, thereby demonstrating formatting the data into a packet-formatted data packet comprising the selected first portion, indicia associated with the first checksum calculation, the selected second portion, and indicia associated with the second checksum calculation.<br><br>**A-MPDU**<br><br>Another method of frame aggregation is A-MPDU, where several MPDUs are combined into a single frame for transmission. Each MPDU of A-MPDU has the same receiver address and data payload and each MPDU is encrypted using the CCMP encryption method. Similar to A-MSDU, each MPDU within the A-MPDU must be of the same 802.11e QoS access category. A-MPDU has more overhead than A-MSDU because each MPDU contains a MAC header and trailer details. |

Ex. C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,593,428

| Claim 14 | Signify Wiz - Smart Plug Gen 2 |
| --- | --- |
| | <br>Source: https://www.cwnp.com/802.11-mac-series-ndash-basics-mac-architecture-ndash-part-1-3/<br><br>**3.227 aggregate medium access control (MAC) protocol data unit (A-MPDU):** A structure containing multiple MPDUs, transported as a single physical layer convergence procedure (PLCP) service data unit (PSDU) by the physical layer (PHY).<br>Source: IEEE 802.11n- 2009, Page 2 of 502<br><br>**aggregate medium access control (MAC) protocol data unit (A-MPDU) subframe:** A portion of an A-MPDU that contains a delimiter and optionally contains an MPDU plus any necessary padding.<br>Source: IEEE 802.11- 2016, Page 129 of 3532 |

Ex. C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,593,428

| Claim 14 | Signify Wiz - Smart Plug Gen 2 |
| --- | --- |
| | **7.4a Aggregate MPDU (A-MPDU)**<br><br>**7.4a.1 A-MPDU format**<br><br>An A-MPDU consists of a sequence of one or more A-MPDU subframes as shown in Figure 7-101o.<br><br><br>**Figure 7-101o—A-MPDU format**<br><br>Each A-MPDU subframe consists of an MPDU delimiter followed by an MPDU. Except when an A-MPDU subframe is the last one in an A-MPDU, padding octets are appended to make each A-MPDU subframe a multiple of 4 octets in length. The A-MPDU maximum length is 65 535 octets. The length of an A-MPDU addressed to a particular STA may be further constrained as described in 9.7d.2.<br><br>Source: IEEE 802.11n- 2009, Page 88 of 502 |

Ex. C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,593,428

| Claim 14 | Signify Wiz - Smart Plug Gen 2 |
|---|---|
| | |

| | MPDU delimiter | MPDU | Padding |
|---|---|---|---|
| Octets: | 4 | variable | 0–3 |

**Figure 9-743—A-MPDU subframe format**

The MPDU delimiter is 4 octets in length. The structure of the MPDU delimiter when transmitted by a non-DMG STA is defined in Figure 9-744. The structure of the MPDU Delimiter field when transmitted by a DMG STA is shown in Figure 9-745.

| | B0 | B1 | B2 B15 | B16 B23 | B24 B31 |
|---|---|---|---|---|---|
| | EOF | Reserved | MPDU Length | CRC | Delimiter Signature |
| Bits: | 1 | 1 | 14 | 8 | 8 |

**Figure 9-744—MPDU delimiter (non-DMG)**

| Field | Size (bits) | Description |
|---|---|---|
| EOF | 1 | End of frame indication. Set to 1 in an A-MPDU subframe that has 0 in the MPDU Length field and that is used to pad the A-MPDU in a VHT PPDU as described in 10.13.6. Set to 1 in the MPDU delimiter of a VHT single MPDU as described in 10.13.7. Set to 0 otherwise. |
| Reserved | 1 | |
| MPDU Length | 14 | Length of the MPDU in octets. Set to 0 if no MPDU is present. An A-MPDU subframe with 0 in the MPDU Length field is used as defined in 10.13.3 to meet the minimum MPDU start spacing requirement and also to pad the A-MPDU to fill the available octets in a VHT PPDU as defined in 10.13.6. |
| CRC | 8 | 8-bit CRC of the preceding 16 bits. |

Source: IEEE 802.11- 2016, Page 1288, 1289 of 3532