# EXHIBIT D

Ex. D – Evidence of Use Regarding Infringement of U.S. Patent No. 8,972,576

| Claim 1 | Signify - Philips Hue Secure smart home security system |
|---|---|
| 1. A method for establishing a relationship between a mobile device and a server in a network, comprising; | Defendants Signify N.V. and Signify Netherlands B.V. (collectively, “Signify” or “Defendants”) manufacture, use (including through testing), sell, and/or offer for sale, and instruct end users to use the Philips Hue Secure smart home security system, including the Philips Hue App, Hue Bridge, and connected devices such as Hue Secure contact sensors, Secure cameras, lights, smart plugs, switches, and doorbells (collectively, the “Accused Products”), which enable users to integrate, connect, and control connected devices within a networked home environment.<br><br>Within the Philips Hue Secure smart home security system, a user installs and accesses the Hue App on a smartphone, which serves as an interface for interacting with the system, and connects to the Hue Bridge, which operates as the server within the network. The user creates and signs in to a Hue account (“Admin account”) to access the system’s functionality. Through the Hue App, the user can add and manage devices and integrate new devices, such as a Hue Motion Sensor (“mobile device”), into the network through a scan and pairing process. During onboarding, the Hue Motion Sensor communicates with the Hue Bridge to be discovered, added, and configured within the user’s Hue system, thereby establishing a relationship between the mobile device and the server in the network. Accordingly, the Hue App facilitates the onboarding process, while the Hue Bridge (“server”) and the Hue Motion Sensor (mobile device) establish and maintain a communication relationship within the network, consistent with the claimed method.<br><br>PHILIPS hue<br><br>**Bridge**<br><br>**About the Bridge**<br><br>The Hue Bridge is the heart of your integrated, intuitive smart lighting and security system. With easy installation and guided setup in the Hue app, the Bridge connects your lights, cameras, and sensors to work together in harmony.<br><br>- Supports 50 lights, 12 accessories<br>- Unlocks light and security integration |

Ex. D – Evidence of Use Regarding Infringement of U.S. Patent No. 8,972,576

| Claim 1 | Signify - Philips Hue Secure smart home security system |
| --- | --- |
| | <br><br>Source: https://www.philips-hue.com/en-us/p/hue-bridge/046677458478<br><br>**How to connect Hue Bridge to WIFI?**<br><br>Connecting your Philips Hue Bridge or Hue Bridge Pro to WiFi is the essential first step to unlocking your smart lighting system. Mastering this **smart home bridge setup** ensures that your lights, sensors, and cameras communicate reliably across your entire home network.<br><br>The Bridge acts as the central hub that links all your Hue lights and accessories, allowing you to control them via the Philips Hue app, voice assistants, or automations — from anywhere in the world.<br><br>Source: https://www.philips-hue.com/en-us/explore-hue/faq/controls/how-to-connect-hue-bridge-to-wifi<br><br>**How to set up a Hue motion sensor**<br><br>All Hue products follow the same easy QR code setup, so you can scan and set up all your Hue devices at the same time.<br><br>Connect with a Bridge<br><br>**Motion sensor setup instructions**<br><br>Your Bridge should be connected and added to your Hue app. |

Ex. D – Evidence of Use Regarding Infringement of U.S. Patent No. 8,972,576

| Claim 1 | Signify - Philips Hue Secure smart home security system |
|---|---|
| | 1. Open the Hue app.<br><br>2. On your Home tab, tap the **three dots (...)** icon. Then tap **Add devices**<br><br>Note: You can also open the **Settings** tab, and then tap Devices. Tap the **blue plus (+) icon** in the top right corner.<br> |

Ex. D – Evidence of Use Regarding Infringement of U.S. Patent No. 8,972,576

| Claim 1 | Signify - Philips Hue Secure smart home security system |
| --- | --- |
| | 4. Scan the QR code.<br>If you have more Hue devices to add, scan them now. Once they've been successfully scanned, tap **Next**.<br><br>Note: If your product doesn't have a QR code, tap **No QR code** to add it by searching or using its serial number.<br> |

Ex. D – Evidence of Use Regarding Infringement of U.S. Patent No. 8,972,576

| Claim 1 | Signify - Philips Hue Secure smart home security system |
| --- | --- |
| | <br>Source: https://www.philips-hue.com/en-us/support/connect-hue-product/accessories/motion-sensor<br><br>Additional Accused Products include the Hue App and Hue-compatible connected devices such as the Hue Bridge Pro, smart bulbs (e.g., B39, E26, and GU10), table lamps, the Secure Wired Camera, Secure Wired Camera with Desktop Stand, Battery Camera, Secure Camera with Floodlight, and Secure Contact Sensors, among others. These devices are onboarded through the Hue App using the same auto-scan pairing and device discovery process described above. During the onboarding process, each mobile device communicates with the Hue Bridge (server) to be discovered, added, and configured within the user's Hue system, thereby establishing a communication |

Ex. D – Evidence of Use Regarding Infringement of U.S. Patent No. 8,972,576

| Claim 1 | Signify - Philips Hue Secure smart home security system |
|---|---|
| | relationship between the mobile device and the server within the network. Accordingly, these additional Accused Products utilize the same device onboarding and relationship establishment process described above.<br><br>**Philips Hue smart lighting controls**<br><br><br><br>Source: https://www.philips-hue.com/en-us/explore-hue/blog/what-is-smart-lighting<br><br>**Smart LED light bulbs**<br><br>With different types of shapes and bases, our smart LED light bulbs can fit almost any lamp or fixture in your home — making it easy to add smart light throughout your home. |

Ex. D – Evidence of Use Regarding Infringement of U.S. Patent No. 8,972,576

<table>
<tr><th>Claim 1</th><th>Signify - Philips Hue Secure smart home security system</th></tr>
<tr><td></td><td>




Source: https://www.philips-hue.com/en-us/products/smart-light-bulbs#Are_all_smart_light_bulbs_LED_

**Smart home security**

Safeguard your home with light for an extra sense of protection, whether you're at home or away. With Philips Hue, you don't just get smart home security — you get bright home security.

</td></tr>
</table>

Ex. D – Evidence of Use Regarding Infringement of U.S. Patent No. 8,972,576

| Claim 1 | Signify - Philips Hue Secure smart home security system |
| --- | --- |
| |  |

Ex. D – Evidence of Use Regarding Infringement of U.S. Patent No. 8,972,576

| Claim 1 | Signify - Philips Hue Secure smart home security system |
| --- | --- |
| (a) detecting the presence of the mobile device; | Defendants' Accused Products include and/or utilize functionality for detecting the presence of a mobile device within a network.<br><br>For example, the Hue App performs an auto scan that automatically discovers the Hue Motion Sensor (mobile device) when the corresponding Hue Motion Sensor (mobile device) is powered on and available for pairing, after which the Hue Motion Sensor (mobile device) is detected and displayed within the application interface, where it is identified and selected for onboarding. The automatic discovery and display of the Hue Motion Sensor (mobile device) demonstrate that the system detects the presence of the mobile device (sensor) within the network without requiring manual entry of device details. Once the Hue Motion Sensor (mobile device) is detected and displayed within the Hue App, it is made available for addition to the Hue system, thereby evidencing that the presence of the mobile device is automatically detected within the network.<br><br>Connect with a Bridge<br>**Motion sensor setup instructions**<br>Your Bridge should be connected and added to your Hue app.<br>1. Open the Hue app.<br>2. On your Home tab, tap the **three dots (...)** icon. Then, tap **Add devices** |

Ex. D – Evidence of Use Regarding Infringement of U.S. Patent No. 8,972,576

| Claim 1 | Signify - Philips Hue Secure smart home security system |
|---|---|
| | 4. Scan the QR code.<br>If you have more Hue devices to add, scan them now. Once they've been successfully scanned, tap **Next**.<br><br>Note: If your product doesn't have a QR code, tap **No QR code** to add it by searching or using its serial number.<br><br> |

Ex. D – Evidence of Use Regarding Infringement of U.S. Patent No. 8,972,576

| Claim 1 | Signify - Philips Hue Secure smart home security system |
| --- | --- |
| | 5. Tap the sensor you want to add.<br>If you have multiple sensors, they'll show up in the screen.<br><br><br>Source: https://www.philips-hue.com/en-us/support/connect-hue-product/accessories/motion-sensor |
| (b) in response to determining that the mobile device is unrecognized, automatically notifying a network administrator; | Defendants' Accused Products include and/or utilize functionality for, in response to determining that the mobile device is unrecognized, automatically notifying a network administrator.<br><br>For example, the Hue App performs a scan that automatically discovers the Hue Motion Sensor (mobile device) when the corresponding Hue Motion Sensor (mobile device) is powered on and available for pairing. During the scan, the Hue Motion Sensor (mobile device), which has not yet been added to the Hue Bridge, is identified and displayed within the application interface as an available device for onboarding. The automatic presentation of the |

| Claim 1 | Signify - Philips Hue Secure smart home security system |
| --- | --- |
| | unpaired Hue Motion Sensor (mobile device) within the GUI of the Hue App informs the user performing device management that an unrecognized mobile device is available for addition to the Hue system. Further, the Hue platform provides administrative account privileges, whereby the Owner or Administrator is authorized to add and manage devices and control user access within the system. Accordingly, the automatic presentation of the unrecognized Hue Motion Sensor to the Owner or Administrator through the Hue App constitutes an automatic notification to the network administrator in response to determining that the mobile device is unrecognized.<br><br>Connect with a Bridge<br>**Motion sensor setup instructions**<br>**Your Bridge should be connected and added to your Hue app.**<br>1. Open the Hue app.<br>2. On your Home tab, tap the **three dots (...)** icon. Then tap **Add devices** |

Ex. D – Evidence of Use Regarding Infringement of U.S. Patent No. 8,972,576

| Claim 1 | Signify - Philips Hue Secure smart home security system |
|---|---|
| | Note: You can also open the **Settings** tab, and then tap Devices. Tap the **blue plus (+) icon** in the top right corner.   |

Ex. D – Evidence of Use Regarding Infringement of U.S. Patent No. 8,972,576

| Claim 1 | Signify - Philips Hue Secure smart home security system |
|---|---|
| | 4. Scan the QR code.<br>If you have more Hue devices to add, scan them now. Once they've been successfully scanned, tap **Next**.<br><br>Note: If your product doesn't have a QR code, tap **No QR code** to add it by searching or using its serial number.<br><br><br><br> |

Ex. D – Evidence of Use Regarding Infringement of U.S. Patent No. 8,972,576

| Claim 1 | Signify - Philips Hue Secure smart home security system |
| --- | --- |
| | 5. Tap the sensor you want to add.<br>If you have multiple sensors, they'll show up in the screen.<br><br><br>Source: https://www.philips-hue.com/en-us/support/connect-hue-product/accessories/motion-sensor |

Ex. D – Evidence of Use Regarding Infringement of U.S. Patent No. 8,972,576

| Claim 1 | Signify - Philips Hue Secure smart home security system |
|---|---|
| |  |

Ex. D – Evidence of Use Regarding Infringement of U.S. Patent No. 8,972,576

| Claim 1 | Signify - Philips Hue Secure smart home security system |
|---|---|
| | **Compare user permissions**<br><br>There are four types of permissions you can assign to users in your Philips Hue account. No matter which permissions you have, you'll always be able to control the lights — even when the internet is down.<br><br>\| \| Lighting \| Security: basic \| Security: advanced \| Admin \|<br>\| Control lights without internet \| ✓ \| ✓ \| ✓ \| ✓ \|<br>\| Add or delete lights, sensor & switches[1] \| ✓ \| ✓ \| ✓ \| ✓ \|<br><br>Source: https://www.philips-hue.com/en-us/explore-hue/accounts |
| (c) in response to receiving authorization from the network administrator to establish the relationship, requesting authorization from the mobile device to authorize the | Defendants' Accused Products include and/or utilize functionality for, in response to receiving authorization from a network administrator to establish a relationship, requesting authorization from the mobile device to authorize the establishment of the relationship.<br><br>For example, the Hue platform provides administrative privileges, whereby the Owner or Administrator is permitted to add and authorize new devices within the system. Once the Owner or Administrator initiates the addition of a Hue Motion Sensor (mobile device) through the Hue App, the system attempts to establish a connection with the Hue Motion Sensor through a pairing process. During the pairing process, the Hue Motion Sensor (mobile device) is required to enter a pairing or setup mode, through user interaction with the device, to enable it to respond to the pairing request initiated by the Hue Bridge. The Hue Motion Sensor (mobile device) authorizes the establishment of the relationship by responding while in the active pairing mode, and the connection is established only upon receipt of the device's response. Accordingly, the system first requires authorization from the Owner or |

Ex. D – Evidence of Use Regarding Infringement of U.S. Patent No. 8,972,576

| Claim 1 | Signify - Philips Hue Secure smart home security system |
|---|---|
| establishment of the relationship; and | Administrator to initiate the device onboarding process and subsequently requests authorization from the Hue Motion Sensor to complete the establishment of the relationship, thereby evidencing the claimed sequence of authorization.<br><br>Connect with a Bridge<br>Motion sensor setup instructions<br>Your Bridge should be connected and added to your Hue app.<br>1. Open the Hue app.<br>2. On your Home tab, tap the **three dots (...)** icon. Then tap **Add devices** |

Ex. D – Evidence of Use Regarding Infringement of U.S. Patent No. 8,972,576

| Claim 1 | Signify - Philips Hue Secure smart home security system |
|---|---|
| | Note: You can also open the **Settings** tab, and then tap Devices. Tap the **blue plus (+) icon** in the top right corner.   |

Ex. D – Evidence of Use Regarding Infringement of U.S. Patent No. 8,972,576

| Claim 1 | Signify - Philips Hue Secure smart home security system |
|---|---|
| | 4. Scan the QR code.<br>If you have more Hue devices to add, scan them now. Once they've been successfully scanned, tap **Next**.<br><br>Note: If your product doesn't have a QR code, tap **No QR code** to add it by searching or using its serial number.<br> |

Ex. D – Evidence of Use Regarding Infringement of U.S. Patent No. 8,972,576

| Claim 1 | Signify - Philips Hue Secure smart home security system |
|---|---|
| | <br>Source: https://www.philips-hue.com/en-us/support/connect-hue-product/accessories/motion-sensor |

Ex. D – Evidence of Use Regarding Infringement of U.S. Patent No. 8,972,576

<table>
<tr><th>Claim 1</th><th>Signify - Philips Hue Secure smart home security system</th></tr>
<tr><td></td><td>
<h2>Compare user permissions</h2>
There are four types of permissions you can assign to users in your Philips Hue account. No matter which permissions you have, you'll always be able to control the lights — even when the internet is down.
<table>
<tr><th></th><th>Lighting</th><th>Security: basic</th><th>Security: advanced</th><th>Admin</th></tr>
<tr><td>Control lights without internet</td><td>✔</td><td>✔</td><td>✔</td><td>✔</td></tr>
<tr><td>Add or delete lights, sensor & switches[1]</td><td>✔</td><td>✔</td><td>✔</td><td>✔</td></tr>
</table>
Source: https://www.philips-hue.com/en-us/explore-hue/accounts
</td></tr>
</table>

Ex. D – Evidence of Use Regarding Infringement of U.S. Patent No. 8,972,576

| Claim 1 | Signify - Philips Hue Secure smart home security system |
|---|---|
| | **How to install motion sensor lights in the Philips Hue app**<br><br>Once you have physically placed your sensor, follow these steps to integrate it into your smart home ecosystem:<br><br>1. Open the Hue App: Navigate to the Settings tab and select Accessories.<br>2. Add Accessory: Tap the plus (+) icon and select either the Hue motion sensor or Hue outdoor sensor.<br>3. Setup mode: Ensure your sensor is in pairing mode (usually indicated by a flashing LED after pulling the battery tab).<br>4. Assign rooms: Choose which room or zone the sensor should control. You can even link a single sensor to multiple Hue lights across different areas.<br>5. Test the connection: Walk past the sensor to ensure the lights trigger as expected.<br><br>Source: https://www.philips-hue.com/en-us/explore-hue/blog/motion-detection-lighting |
| (d) establishing the relationship between the mobile device and the network in response to receiving the authorization from the mobile device, such that no additional configuration is required by the mobile device to communicate over the network once the | Defendants' Accused Products include and/or utilize functionality for establishing the relationship in response to receiving authorization from the mobile device, such that no additional configuration is required by the mobile device to communicate over the network once the relationship has been established.<br><br>For example, during the pairing process in the Hue App, once the Hue Motion Sensor (mobile device) is placed into pairing or setup mode through user interaction with the device, the Hue Motion Sensor (mobile device) becomes discoverable and capable of responding to the pairing request initiated by the Hue Bridge. After initiating the device discovery process through a scan, the Hue App detects the Hue Motion Sensor (mobile device), and the Hue Bridge proceeds with establishing the relationship only when the Hue Motion Sensor (mobile device) responds while in the active pairing or setup mode. The pairing process is completed successfully only upon receiving the required response from the Hue Motion Sensor (mobile device), after which the Hue Motion Sensor (mobile device) is added to the Hue Bridge and becomes part of the user's Hue system. Once the relationship has been established (sensor is connected), the Hue Motion Sensor (mobile device) communicates with the Hue Bridge without requiring additional network configuration. Accordingly, the Hue Bridge establishes the relationship with the Hue Motion Sensor |

Ex. D – Evidence of Use Regarding Infringement of U.S. Patent No. 8,972,576

| Claim 1 | Signify - Philips Hue Secure smart home security system |
|---|---|
| relationship has been established. | (mobile device) in direct response to the authorization received from the Hue Motion Sensor (mobile device) during the pairing process, consistent with the claimed functionality.<br><br>**How to install motion sensor lights in the Philips Hue app**<br><br>Once you have physically placed your sensor, follow these steps to integrate it into your smart home ecosystem:<br><br>1. Open the Hue App: Navigate to the Settings tab and select Accessories.<br>2. Add Accessory: Tap the plus (+) icon and select either the Hue motion sensor or Hue outdoor sensor.<br>3. Setup mode: Ensure your sensor is in pairing mode (usually indicated by a flashing LED after pulling the battery tab).<br>4. Assign rooms: Choose which room or zone the sensor should control. You can even link a single sensor to multiple Hue lights across different areas.<br>5. Test the connection: Walk past the sensor to ensure the lights trigger as expected.<br><br>Source: https://www.philips-hue.com/en-us/explore-hue/blog/motion-detection-lighting<br><br>**How to connect Hue Bridge to WIFI?**<br><br>Connecting your Philips Hue Bridge or Hue Bridge Pro to WiFi is the essential first step to unlocking your smart lighting system. Mastering this **smart home bridge setup** ensures that your lights, sensors, and cameras communicate reliably across your entire home network.<br><br>The Bridge acts as the central hub that links all your Hue lights and accessories, allowing you to control them via the Philips Hue app, voice assistants, or automations — from anywhere in the world.<br><br>Source: https://www.philips-hue.com/en-us/explore-hue/faq/controls/how-to-connect-hue-bridge-to-wifi<br><br>**How to set up a Hue motion sensor**<br><br>All Hue products follow the same easy QR code setup, so you can scan and set up all your Hue devices at the same time. |

Ex. D – Evidence of Use Regarding Infringement of U.S. Patent No. 8,972,576

| Claim 1 | Signify - Philips Hue Secure smart home security system |
|---|---|
| | Connect with a Bridge<br>**Motion sensor setup instructions**<br>**Your Bridge should be connected and added to your Hue app.**<br>1. Open the Hue app.<br>2. On your Home tab, tap the **three dots (...)** icon. Then tap **Add devices**<br>4. Scan the QR code.<br>If you have more Hue devices to add, scan them now. Once they've been successfully scanned, tap **Next**.<br>Note: If your product doesn't have a QR code, tap **No QR code** to add it by searching or using its serial number.<br> |

Ex. D – Evidence of Use Regarding Infringement of U.S. Patent No. 8,972,576

| Claim 1 | Signify - Philips Hue Secure smart home security system |
|---|---|
| |   Source: https://www.philips-hue.com/en-us/support/connect-hue-product/accessories/motion-sensor |