# EXHIBIT E

| **Claim 1** | **Signify - Interact System Gateway** (LCN**1840/05)** |
|---|---|
| 1. A method of classifying Internet Protocol (IP) data to be sent from a source apparatus to a destination apparatus in a packet switched network, said method comprising: | Defendants Signify N.V. and Signify Netherlands B.V. (collectively, “Signify” or “Defendants”) manufacture, use, sell, and/or offer for sale, and instruct end users to use the Interact Pro lighting control system including the LCN1840/05 Wireless Gateway, the Interact Pro mobile application, compatible wireless sensors and switches, and compatible Interact Ready luminaires (collectively, the “Accused Products”), which enable users to control, and exchange Internet Protocol (IP) data between connected lighting devices and the Interact cloud over Internet-based packet-switched networks.<br><br>The Signify Interact LCN1840/05 Wireless Gateway communicates with compatible Interact Ready luminaires and wireless sensors, the Interact Pro mobile application, and the Interact Pro cloud server to exchange IP data. The Gateway communicates with the luminaire and receives occupancy, daylight, and status information from the wireless sensor, and the Gateway subsequently transmits the received information to the Interact Pro server. The stored information on the server is then accessed remotely using the Interact Pro mobile application. Accordingly, the Accused Products exchange Internet Protocol (IP) data between source apparatuses (e.g., the wireless sensor or luminaire) and destination apparatuses (e.g., the Interact Pro server) via the LCN1840/05 Wireless Gateway, thereby corresponding to the claimed method of classifying IP data to be sent from a source apparatus to a destination apparatus in a packet-switched network. |

Ex. E – Evidence of Use Regarding Infringement of U.S. Patent No. 7,246,173

| Claim 1 | Signify - Interact System Gateway (LCN1840/05) |
| --- | --- |
| |  |

Ex. E – Evidence of Use Regarding Infringement of U.S. Patent No. 7,246,173

| Claim 1 | Signify - Interact System Gateway (LCN1840/05) |
| --- | --- |
| |  <br>Source: https://www.interact-lighting.com/en-us/interact-offering |

Ex. E – Evidence of Use Regarding Infringement of U.S. Patent No. 7,246,173

| Claim 1 | Signify - Interact System Gateway (LCN1840/05) |
|---|---|
| |  |

Ex. E – Evidence of Use Regarding Infringement of U.S. Patent No. 7,246,173

| Claim 1 | Signify - Interact System Gateway (LCN1840/05) |
|---|---|
| | <br>Source: https://www.genlyte.com/en-us/products/lighting-controls/interact-for-intelligent-buildings/signify/interact-system-gateway/LP_CF_IRSG_EU/family?size=8<br>**LCN1840/05**<br>Wireless Gateway |

Ex. E – Evidence of Use Regarding Infringement of U.S. Patent No. 7,246,173

| Claim 1 | Signify - Interact System Gateway (LCN1840/05) |
|---|---|
| | <br>The Wireless Gateway (WG) is the basis of the lighting system and connects the system to the cloud via the internet. The IP backbone between the WG enables communication between the luminaires and the cloud. The wireless gateways connect with the luminaires by means of ZigBee.<br>**Specifications** |

Ex. E – Evidence of Use Regarding Infringement of U.S. Patent No. 7,246,173

| Claim 1 | Signify - Interact System Gateway (LCN1840/05) |
|---|---|
| | **Controller LCN1840**<br>**General Characteristics**<br>Supply options<br>Commercial grade regulated power supply — In: 100-240 Vac, 50/60 Hz; Out: 5 Vdc Class 2/SELV; 1 A<br>Allowed supply ripple — Max. 0.5 Vpp<br>Power consumption — Max. 2.5 W<br>Communication ports — 10/100BaseT Ethernet port; ZigBee port<br>Supported Ethernet protocols — IPv6, TCP, UDP |

Ex. E – Evidence of Use Regarding Infringement of U.S. Patent No. 7,246,173

| Claim 1 | Signify - Interact System Gateway (LCN1840/05) |
|---|---|
| | <br>Source: https://www.assets.signify.com/is/content/Signify/Assets/philips-lighting/united-states/20210507-lcn1840-05-interact-pro-wireless-gateway.pdf (Page 1, 3, 4 & 5 of 6 )<br><br>Additionally, Signify also offers the LCN1870 Wireless Gateway (US Version LCN1870/05) and LCN1850/05 Wireless Gateway Pro, and its Dynalite brand, also offers the PDZG-E Zigbee to Ethernet Gateway, PDDEG-S Building Gateway, PDEG Ethernet Gateway, and PDEB Ethernet Bridge, PDTS Networked Touchscreen and versions of these products have the same functionality. These gateway products receive Internet Protocol (IP) data over network, process and forward packets based on packet header information, and route communications between cloud platforms, building networks, and connected lighting devices. |

Ex. E – Evidence of Use Regarding Infringement of U.S. Patent No. 7,246,173

| Claim 1 | Signify - Interact System Gateway (LCN1840/05) |
| --- | --- |
| |   |

Ex. E – Evidence of Use Regarding Infringement of U.S. Patent No. 7,246,173

<table>
<tr><th>Claim 1</th><th>Signify - Interact System Gateway (LCN1840/05)</th></tr>
<tr><td></td><td>



Source: https://www.genlyte.com/en-us/products/lighting-controls/interact-for-intelligent-buildings/signify/interact-system-gateway/LP_CF_IRSG_EU/family?size=8

**LCN1870**
Wireless Gateway
</td></tr>
</table>

Ex. E – Evidence of Use Regarding Infringement of U.S. Patent No. 7,246,173

| Claim 1 | Signify - Interact System Gateway (LCN1840/05) |
|---|---|
| | (see below) |



## Specifications

### Controller LCN1870

#### General Characteristics

Supply options

| | |
|---|---|
| Commercial grade regulated power supply | In: 100 to 240 Vac, 50/60 Hz<br>Out: 5 Vdc Class 2/SELV; 1 A |
| Allowed supply ripple | Max. 0.5 Vpp |
| Power consumption | Max. 2.5 W |
| Communication ports | 2x 10/100BaseT Ethernet port<br>Zigbee port |
| Supported Ethernet protocols | IPv4, IPv6, TCP, UDP, BACnet-IP |

Ex. E – Evidence of Use Regarding Infringement of U.S. Patent No. 7,246,173

<table>
<tr><th>Claim 1</th><th>Signify - Interact System Gateway (LCN1840/05)</th></tr>
<tr><td></td><td>
US version

| Type | MOQ | Ordering number | UPC code level 1 | UPC code level 3 | Catalog code |
|---|---|---|---|---|---|
| LCN1870 Wireless Gateway | 1 | 9137 010 42113 | 046677559106 | 50046677559101 | LCN1870/05 |

Source: https://www.assets.signify.com/is/content/Signify/Assets/philips-lighting/united-states/20210507-lcn1870-specification.pdf , (Page 1, 4 & 5 of 6)

**LCN1850/05**
Wireless Gateway Pro



**Specifications**
</td></tr>
</table>

Ex. E – Evidence of Use Regarding Infringement of U.S. Patent No. 7,246,173

| Claim 1 | Signify - Interact System Gateway (LCN1840/05) |
| --- | --- |
| | **Controller LCN1850**<br>**General Characteristics**<br>Supply options<br>Commercial grade regulated power supply: In: 100-240 Vac, 50/60 Hz; Out: 5 Vdc Class 2/SELV; 1 A<br>Allowed supply ripple: Max. 0.5 Vpp<br>Power consumption: Max. 2.5 W<br>Communication ports: 10/100BaseT Ethernet port; ZigBee port<br>Supported Ethernet protocols: IPv6, TCP, UDP<br><br>US version<br>Type: LCN1850/05 Wireless Gateway Pro; MOQ: 1; Ordering number: 9137 003 94213; UPC code level 1: 046677469153; UPC code level 3: 50046677469158; Catalog code: LCN1850/05<br><br>Source: https://www.assets.signify.com/is/content/Signify/Assets/philips-lighting/united-states/20210507-lcn1850-philips-wireless-gateway-pro.pdf (Page 1, 4 & 5 of 6)<br><br>Signify Dynalite<br>Philips Dynalite becomes Signify Dynalite |

Ex. E – Evidence of Use Regarding Infringement of U.S. Patent No. 7,246,173

| Claim 1 | Signify - Interact System Gateway (LCN1840/05) |
|---|---|
| | The Dynalite wired controls system is available to North American professional customers through Signify's Genlyte Solutions business.<br><br>**Eindhoven, The Netherlands** – Signify (Euronext: LIGHT), the world leader in lighting, today announced that its industry-leading lighting and space control platform will now be available as Signify Dynalite.<br><br>Source: https://www.signify.com/en-us/our-company/news/press-releases/2026/20260217-philips-dynalite-becomes-signify-dynalite<br><br>**PDZG-E**<br>ZIGBEE TO ETHERNET GATEWAY<br><br>Source: https://dynalite.com/product/pdzg-e/<br><br>**Specification** |

Ex. E – Evidence of Use Regarding Infringement of U.S. Patent No. 7,246,173

| Claim 1 | Signify - Interact System Gateway (LCN1840/05) |
|---|---|
| | |

**Control**

| | |
|---|---|
| Communication Ports | 1 x Ethernet (10/100 baseT)<br>1 x Zigbee |
| Supported Protocols | TCP<br>IPv4/IPv6<br>UDP |

Source: https://dynalite.com/wp-content/uploads/2024/09/DYN_PDZG-E_SPEC_R5.pdf (Page 3 of 4)

# PDDEG-S

BUILDING GATEWAY

**Ethernet Gateway - Supervisor - V3**




Source: https://dynalite.com/product/pddeg-s/

## Specification

Ex. E – Evidence of Use Regarding Infringement of U.S. Patent No. 7,246,173

| Claim 1 | Signify - Interact System Gateway (LCN1840/05) |
|---|---|
| | |

**Control**

| | |
|---|---|
| Communication Ports | 1 x RS-485<br>2 x Ethernet (10/100 baseT) |
| Supported Protocols | DyNet (Port 1 only)<br>TCP/IP (IPv4, IPv6)<br>BACnet (requires license) |
| Dry Contact Inputs | 1 (AUX) |

Source: https://dynalite.com/wp-content/uploads/2024/08/DYN_PDDEG-S_SPEC_R15.pdf (Page 3 of 4)

# PDEG

ETHERNET GATEWAY

**Flexible Ethernet integration**



Source: https://dynalite.com/product/pdeg/

## Specification

Ex. E – Evidence of Use Regarding Infringement of U.S. Patent No. 7,246,173

| Claim 1 | Signify - Interact System Gateway (LCN1840/05) |
|---|---|
| | **Control**<br>Communication Ports — 1 x RS-485; 1 x Ethernet (10/100 baseT)<br>Supported Protocols — DyNet / DyNet2; DMX; TCP/IP (TCP, UDP, IPv4/IPv6); HTTP / HTTPS / FTP / CGI / Telnet<br>Dry Contact Inputs — 1 (AUX)<br><br>Source: https://dynalite.com/wp-content/uploads/2024/09/DYN_PDEG_SPEC_R9.pdf (Page 3 of 4)<br><br>**PDEB**<br>ETHERNET BRIDGE<br>**Feature focused cost-effective DyNet to Ethernet Bridge**<br><br>Source: https://dynalite.com/product/pdeb/<br><br>**Specification** |

Ex. E – Evidence of Use Regarding Infringement of U.S. Patent No. 7,246,173

| Claim 1 | Signify - Interact System Gateway (LCN1840/05) |
|---|---|
| | |

**Control**

| | |
|---|---|
| Communication Ports | 1 x RS-485<br>1 x Ethernet (10/100 baseT) |
| Supported Protocols | DynNet<br>DMX<br>TCP/IP (TCP, UDP)<br>IPv4<br>IPv6 |

Source: https://dynalite.com/wp-content/uploads/2024/08/DYN_PDEB_SPEC_R10.pdf (Page 3 of 4)

# PDTS

DYNALITE TOUCH SCREEN

**Advanced building automation and control at your fingertips**




Source: https://dynalite.com/product/pdts/

Ex. E – Evidence of Use Regarding Infringement of U.S. Patent No. 7,246,173

| Claim 1 | Signify - Interact System Gateway (LCN1840/05) |
|---|---|
| | **Specification**<br>**Control**<br>Communication Ports: 1 x RS-485; 1 x Ethernet (100 BaseT)<br>Supported Protocols: DyNet; TCP/IP (TCP, UDP, IPv4/IPv6); HTTPS / CGI<br><br>Source: https://dynalite.com/wp-content/uploads/2024/04/DYN_PDTS_SPEC_R19.pdf (Page 3 of 4) |
| receiving said data at a first node, the data comprising a header comprising a list of at least one intermediate node to be visited on a way to the destination apparatus; and | Defendants, using the Accused Products, perform the step of receiving said data at a first node, the data comprising a header comprising a list of at least one intermediate node to be visited on a way to the destination apparatus.<br><br>For example, the LCN1840/05 Wireless Gateway, which is IPv6-compatible and functions as the claimed first node for receiving IP packets or data from the sensors or luminaire (source apparatus). An IPv6 packet may include one or more extension headers, including a Routing Header, in addition to the base IPv6 header. Segment Routing for IPv6 is implemented through a Segment Routing Header (SRH), which encodes an ordered list of IPv6 addresses representing the segments (i.e., intermediate nodes) that the packet is to traverse before reaching its final destination. The SRH format further shows that the Segment List field contains one or more IPv6 addresses corresponding to the intermediate nodes along the routing path. Accordingly, when the LCN1840/05 Wireless Gateway, functioning as the claimed first node, receives an IPv6 packet containing a Segment Routing Header (SRH) from the source apparatus (e.g., sensors or luminaire), it receives data comprising a header that includes a list of at least one intermediate node to be visited on the route to the destination apparatus (e.g., the cloud), thereby corresponding to this claim limitation. |

Ex. E – Evidence of Use Regarding Infringement of U.S. Patent No. 7,246,173

| Claim 1 | Signify - Interact System Gateway (LCN1840/05) |
|---|---|
| | |

**LCN1840/05**
Wireless Gateway



## Specifications

**Controller LCN1840**

**General Characteristics**

Supply options

| | |
|---|---|
| Commercial grade regulated power supply | In: 100-240 Vac, 50/60 Hz<br>Out: 5 Vdc Class 2/SELV; 1 A |
| Allowed supply ripple | Max. 0.5 Vpp |
| Power consumption | Max. 2.5 W |
| Communication ports | 10/100BaseT Ethernet port<br>ZigBee port |
| Supported Ethernet protocols | IPv6, TCP, UDP |

Ex. E – Evidence of Use Regarding Infringement of U.S. Patent No. 7,246,173

| Claim 1 | Signify - Interact System Gateway (LCN1840/05) |
| --- | --- |
| | <br>Source: https://www.assets.signify.com/is/content/Signify/Assets/philips-lighting/united-states/20210507-lcn1840-05-interact-pro-wireless-gateway.pdf (Page 1, 3, 4 & 5 of 6 ) |

| Claim 1 | Signify - Interact System Gateway (LCN1840/05) |
|---|---|
| | As illustrated in these examples, an IPv6 packet may carry zero, one, or more extension headers, each identified by the Next Header field of the preceding header:<br><br>+---------------+------------------------<br>\| IPv6 header \| TCP header + data<br>\| \|<br>\| Next Header = \|<br>\| TCP \|<br>+---------------+------------------------<br><br>+---------------+----------------+------------------------<br>\| IPv6 header \| Routing header \| TCP header + data<br>\| \| \|<br>\| Next Header = \| Next Header = \|<br>\| Routing \| TCP \|<br>+---------------+----------------+------------------------<br><br>[RFC 8200, P. 8]<br><br>SR can be applied to the IPv6 architecture, with a new type of routing header. A segment is encoded as an IPv6 address. An ordered list of segments is encoded as an ordered list of IPv6 addresses in the routing header. The active segment is indicated by the Destination Address (DA) of the packet. The next active segment is indicated by a pointer in the new routing header.<br><br>[RFC 8402, P. 1]<br><br>**2. Segment Routing Header**<br><br>Routing headers are defined in [RFC8200]. The Segment Routing Header (SRH) has a new Routing Type (4).<br><br>The SRH is defined as follows: |

Ex. E – Evidence of Use Regarding Infringement of U.S. Patent No. 7,246,173

| Claim 1 | Signify - Interact System Gateway (LCN1840/05) |
|---|---|

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
| Next Header   |  Hdr Ext Len  | Routing Type  | Segments Left |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|  Last Entry   |     Flags     |              Tag              |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                                                               |
|            Segment List[0] (128-bit IPv6 address)             |
|                                                               |
|                                                               |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                                                               |
|                                                               |
                              ...
|                                                               |
|                                                               |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                                                               |
|            Segment List[n] (128-bit IPv6 address)             |
|                                                               |
|                                                               |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
//                                                             //
//         Optional Type Length Value objects (variable)       //
//                                                             //
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

where:

Segment List[0..n]: 128-bit IPv6 addresses representing the nth segment in the Segment List. The Segment List is encoded starting from the last segment of the SR Policy. That is, the first element of the Segment List (Segment List[0]) contains the last segment of the SR Policy, the second element contains the penultimate segment of the SR Policy, and so on.

[RFC 8754, P. 4-6]

| Claim 1 | Signify - Interact System Gateway (LCN1840/05) |
|---|---|
| classifying said data at said first node based on an entry in said header. | Defendants, using the Accused Products, perform the step of classifying said data at said first node based on an entry in said header.<br><br>The accused products perform packet classification based on information contained within the IPv6 header. The IPv6 header includes a Traffic Class field, which constitutes an entry within the packet header. The Traffic Class field is used by the network for traffic management, indicating that network devices examine the value contained in this header field to determine how the received packet should be handled. Accordingly, when the LCN1840/05 Wireless Gateway receives an IPv6 packet, it examines the Traffic Class field contained in the IPv6 header and classifies the received data based on the value of that header entry, corresponding to the claimed limitation of "classifying said data at said first node based on an entry in said header."<br><br> |

Ex. E – Evidence of Use Regarding Infringement of U.S. Patent No. 7,246,173

| Claim 1 | Signify - Interact System Gateway (LCN1840/05) |
|---|---|
| | Source: https://www.assets.signify.com/is/content/Signify/Assets/philips-lighting/united-states/20210507-lcn1840-05-interact-pro-wireless-gateway.pdf (Page 1, 3, 4 & 5 of 6 )<br><br><br>[RFC 8200, P. 6] |

Ex. E – Evidence of Use Regarding Infringement of U.S. Patent No. 7,246,173

| Claim 1 | Signify - Interact System Gateway (LCN1840/05) |
|---|---|
| | 7. Traffic Classes<br><br>The 8-bit Traffic Class field in the IPv6 header is used by the network for traffic management. The value of the Traffic Class bits in a received packet or fragment might be different from the value sent by the packet's source.<br><br>The current use of the Traffic Class field for Differentiated Services and Explicit Congestion Notification is specified in [RFC2474] and [RFC3168].<br><br>[RFC 8200, P. 26] |