# EXHIBIT F

| Claim 1 | Signify - Philips Hue |
|---|---|
| 1. A method comprising: executing an application at a device, wherein message context data including message context data items is associated with the executing application; | Defendants Signify N.V. and Signify Netherlands B.V. (collectively, “Signify” or “Defendants”) manufacture, use, sell, offer for sale, and/or instruct customers to use the Philips Hue system, including the Philips Hue mobile application, Hue Bridge, and the EventStream API used to generate and deliver real-time event notifications (collectively, the “Accused Products”).<br><br>The Philips Hue app is a smart home application that executes on user devices such as smartphones and tablets, enabling the monitoring and control of connected Philips Hue lights, Secure cameras, contact sensors, and motion sensors. During operation, the executing application maintains and processes operational data from these connected resources, including device state (on/off status), motion and detection events, activity and device identifiers, and timestamps, retrieved via the Hue Bridge’s event stream. These operational data elements correspond to the claimed message context data and are associated with the executing application for use in generating real-time push notifications, such as motion or security alerts, delivered to the user’s device.<br><br>Control lights with your phone<br>**Official Philips Hue apps**<br>Our smart light apps are free to download, easy to use, and offer all the features you love in the Philips Hue system. |

Ex. F – Evidence of Use Regarding Infringement of U.S. Patent No. RE44,742

| Claim 1 | Signify - Philips Hue |
|---|---|
| | # Hue app<br><br>Control all your Philips Hue lights, whether you use the Bridge or Bluetooth. The main app for the Philips Hue system, it allows you to turn your lights on and off, create automations and timers, sync your lights to your TV and music, control your smart home security system, and even upgrade your Bluetooth system by adding a Hue Bridge.<br><br>Download on the App Store GET IT ON Google Play<br><br>Source: https://www.philips-hue.com/en-us/explore-hue/apps<br><br>**All-new Security Center in the Philips Hue app**<br><br>The Philips Hue app now features the new Security Center to control your smart home security system. When you receive a notification, you can tap it to open the app. From the Take Action screen, you can manually trigger an alarm that flashes your lights, sound the siren on your Secure camera, or call the local authorities or a trusted contact.<br><br>Source: https://www.signify.com/en-us/our-company/news/press-releases/2023/20230831-philips-hue-integrates-smart-lighting-sensors-and-cameras-to-help-secure-your-home<br><br>**Notifications** |

Ex. F – Evidence of Use Regarding Infringement of U.S. Patent No. RE44,742

| Claim 1 | Signify - Philips Hue |
|---|---|
| | **When will I receive push notifications from my Secure devices?**<br><br>If your Secure camera, Secure contact sensor, or indoor motion sensor is armed, you will receive a push notification as soon as they detect motion.<br><br>**Where can I configure notifications for my Secure system?**<br><br>Configure notifications in the Philips Hue app. In the Settings tab, go to Security > Notifications.<br><br>**Can I choose the types of notifications I receive from my Philips Hue Secure devices?**<br><br>Yes! In the Philips Hue app, go to Settings > Security > Notifications.<br><br>There are different types of notifications you can receive:<br><br>1. General: This includes motion, system status, and warnings.<br><br>2. Camera: With a subscription, you can change notifications for person, vehicle, animal, and other motion detection.<br><br>3. Create Activity or Package zones. An Activity zone limits the motion alerts you receive to specific part(s) of the screen and you can set per activity zone which motion alerts you want to receive. A Package zone can detect packages in a specific area of the video feed.<br><br>Source: https://www.philips-hue.com/en-us/support/topic/notifications/100082#Where_can_I_configure_notifications_for_my_Secure_system<br><br><br> |

Ex. F – Evidence of Use Regarding Infringement of U.S. Patent No. RE44,742

| Claim 1 | Signify - Philips Hue |
| --- | --- |
| | Core Concepts<br>The hue system is built around the idea of everything in your system having a unique URL served by the bridge. Interacting with these URLs lets you modify them or find out their current state.<br>Events<br>As we have seen, you need to use a GET request to retrieve the state of resources when you first connect to the Hue Bridge. However, while you are connected, other applications and control methods can modify the state of those resources as well. It is important to not try to stay up to date by performing repeated GET requests, as that is bad for the performance of the system and generally gives a laggy user experience. Instead, you can subscribe to retrieving proactive event notifications immediately when something changes. This can be done by leveraging 'Server-Sent Events' (SSE) under the `/eventstream` endpoint:<br>`curl --insecure -N -H 'hue-application-key: <appkey>' -H 'Accept: text/event-stream' https://<ipaddress>/eventstream/clip/v2`<br>Events have an id, timestamp, type ('update', 'add', 'delete', 'error'), and data field which contains the changed properties of the resource in the same format as a GET response on the same resource type, but with all properties optional as each event only includes the properties that changed. The following is an example event stream that would result from turning a light on and off: |

Ex. F – Evidence of Use Regarding Infringement of U.S. Patent No. RE44,742

| Claim 1 | Signify - Philips Hue |
|---|---|
| | id: 1634576695:0<br>data: [{"creationtime":"2021-10-18T17:04:55Z","data":[{"id":"e706416a-8c92-46ef-8589-3453f3235b13","on":{"on":true},"owner":{"rid":"3f4ac4e9-d67a-4dbd-8a16-5ea7e373f281","rtype":"device"},"type":"light"}],"id":"9de116fc-5fd2-4b74-8414-0f30cb2cbe04","type":"update"}]<br><br>id: 1634576699:0<br>data: [{"creationtime":"2021-10-18T17:04:59Z","data":[{"id":"e706416a-8c92-46ef-8589-3453f3235b13","on":{"on":false},"owner":{"rid":"3f4ac4e9-d67a-4dbd-8a16-5ea7e373f281","rtype":"device"},"type":"light"}],"id":"5ebb24e4-0563-43e2-8e8e-c10fc4f0095f","type":"update"}]<br>Source: https://developers.meethue.com/develop/hue-api-v2/core-concepts/ (Login Required) |
| selecting a selected message context data item from the message context data associated with the executing application; and | Defendants' Accused Products select a message context data item from the message context data associated with the executing application.<br><br>The executing Philips Hue application maintains message context data such as notification type (motion, system status, warnings), camera-based detection type (person, vehicle, animal, other motion), and activity status, as configurable under Settings > Security > Notifications. When a relevant state change occurs, such as a Secure camera or motion sensor detecting an event, the Hue Bridge generates an event via the '/eventstream endpoint' containing an identifier, timestamp, event type, and resource-related data, wherein only the properties whose values have changed are included in the event. Accordingly, the specific changed property, for example, the resource's on state, id, rtype or detection type, is selected from the broader set of available message context data associated with the executing application. This selected data item corresponds to the claimed "selected message context data item" and is used for inclusion in the generated notification message. |

Ex. F – Evidence of Use Regarding Infringement of U.S. Patent No. RE44,742

| Claim 1 | Signify - Philips Hue |
| --- | --- |
| | **Notifications**<br><br>**Can I choose the types of notifications I receive from my Philips Hue Secure devices?**<br><br>Yes! In the Philips Hue app, go to Settings > Security > Notifications.<br><br>There are different types of notifications you can receive:<br><br>1. General: This includes motion, system status, and warnings.<br><br>2. Camera: With a subscription, you can change notifications for person, vehicle, animal, and other motion detection.<br><br>3. Create Activity or Package zones. An Activity zone limits the motion alerts you receive to specific part(s) of the screen and you can set per activity zone which motion alerts you want to receive. A Package zone can detect packages in a specific area of the video feed.<br><br>Source: https://www.philips-hue.com/en-us/support/topic/notifications/100082#Where_can_I_configure_notifications_for_my_Secure_system<br><br>How to **develop for Hue?**<br><br>Hue API V2 |

Ex. F – Evidence of Use Regarding Infringement of U.S. Patent No. RE44,742

| Claim 1 | Signify - Philips Hue |
|---|---|
| | The Hue API - referred to as CLIP API ('Connected Lighting Interface Protocol') - has moved to version 2, which is a breaking change over version 1. Version 2 is still a RESTful JSON HTTP API, but the structure has been redefined to make some improvements and allow for new use-cases. Both APIs will exist in parallel for some time to give developers time to upgrade, however any new features (such as dynamics, effects, gradient, events) are only available on V2, and in the long term the V1 API will eventually be removed. The<br><br>Source: https://developers.meethue.com/develop/hue-api-v2/<br><br>**Core Concepts**<br><br>The hue system is built around the idea of everything in your system having a unique URL served by the bridge. Interacting with these URLs lets you modify them or find out their current state. |

Ex. F – Evidence of Use Regarding Infringement of U.S. Patent No. RE44,742

| Claim 1 | Signify - Philips Hue |
|---|---|
| | # Events<br><br>As we have seen, you need to use a GET request to retrieve the state of resources when you first connect to the Hue Bridge. However, while you are connected, other applications and control methods can modify the state of those resources as well. It is important to not try to stay up to date by performing repeated GET requests, as that is bad for the performance of the system and generally gives a laggy user experience. Instead, you can subscribe to retrieving proactive event notifications immediately when something changes. This can be done by leveraging 'Server-Sent Events' (SSE) under the `/eventstream` endpoint:<br><br>`curl --insecure -N -H 'hue-application-key: <appkey>' -H 'Accept: text/event-stream' https://<ipaddress>/eventstream/clip/v2`<br><br>Events have an id, timestamp, type ('update', 'add', 'delete', 'error'), and data field which contains the changed properties of the resource in the same format as a GET response on the same resource type, but with all properties optional as each event only includes the properties that changed. The following is an example event stream that would result from turning a light on and off: |

Ex. F – Evidence of Use Regarding Infringement of U.S. Patent No. RE44,742

| Claim 1 | Signify - Philips Hue |
| --- | --- |
| | id: 1634576695:0<br>data: [{"creationtime":"2021-10-18T17:04:55Z","data":[{"id":"e706416a-8c92-46ef-8589-3453f3235b13","on":{"on":true},"owner":{"rid":"3f4ac4e9-d67a-4dbd-8a16-5ea7e373f281","rtype":"device"},"type":"light"}],"id":"9de116fc-5fd2-4b74-8414-0f30cb2cbe04","type":"update"}]<br><br>id: 1634576699:0<br>data: [{"creationtime":"2021-10-18T17:04:59Z","data":[{"id":"e706416a-8c92-46ef-8589-3453f3235b13","on":{"on":false},"owner":{"rid":"3f4ac4e9-d67a-4dbd-8a16-5ea7e373f281","rtype":"device"},"type":"light"}],"id":"5ebb24e4-0563-43e2-8e8e-c10fc4f0095f","type":"update"}]<br><br>Source: https://developers.meethue.com/develop/hue-api-v2/core-concepts/ (Login Required) |
| automatically inserting the selected message context data item in a dynamic field of a template to facilitate the creation of a message to send from the device. | Defendants' Accused Products perform the step of automatically inserting the selected message context data item in the dynamic field of a template to facilitate the creation of a message to send from the device.<br><br>The Philips Hue application generates notifications using message context data maintained by the executing application. Each event generated by the Philips Hue API through the '/eventstream endpoint' follows a fixed structure containing fields such as id, creationtime, type, and data. This fixed structure acts as the template for the notification message. Whenever a device's state changes, the changed property or value (e.g., the light turning 'on' or 'off') is automatically placed into the corresponding field of this structure.<br><br>Since only the changed property, such as the device's on/off state, detection type, or resource ID is included in this structure, the selected message context data item is automatically placed into the matching field of the template, with no manual input required from the user [As illustrated by the example EventStream messages for turning a light on and off, the device identifier (id), owner, and resource type remain unchanged across both events, while |

Ex. F – Evidence of Use Regarding Infringement of U.S. Patent No. RE44,742

| Claim 1 | Signify - Philips Hue |
|---|---|
| | only the value of the 'on' property changes (from 'true' to 'false', or vice versa). Thus, the 'on' property represents a dynamic piece of message context data that varies with the device's operational state and is carried within each generated event.<br><br>For example, where messages like "Motion detected (Backyard detected motion in Main Home at 2:45 PM), Person detected (Backyard detected motion in Main Home at 2:43 PM), and "Package detected (Backyard detected motion in Main Home at 2:42 PM) all follow the same basic format, just with different details filled in the type of detection, the zone name, the home name, and the time. These filled-in details are the selected context data items, automatically inserted into the dynamic fields of the notification template. This is what creates the final, ready-to-send message that gets delivered to the user's device.<br><br>How to **develop for Hue?**<br>Hue API V2<br><br>The Hue API - referred to as CLIP API ('Connected Lighting Interface Protocol') - has moved to version 2, which is a breaking change over version 1. Version 2 is still a RESTful JSON HTTP API, but the structure has been redefined to make some improvements and allow for new use-cases. Both APIs will exist in parallel for some time to give developers time to upgrade, however any new features (such as dynamics, effects, gradient, events) are only available on V2, and in the long term the V1 API will eventually be removed. The<br><br>Source: https://developers.meethue.com/develop/hue-api-v2/<br><br>Core Concepts<br>The hue system is built around the idea of everything in your system having a unique URL served by the bridge. Interacting with these URLs lets you modify them or find out their current state. |

Ex. F – Evidence of Use Regarding Infringement of U.S. Patent No. RE44,742

| Claim 1 | Signify - Philips Hue |
|---|---|
| | Events<br><br>As we have seen, you need to use a GET request to retrieve the state of resources when you first connect to the Hue Bridge. However, while you are connected, other applications and control methods can modify the state of those resources as well. It is important to not try to stay up to date by performing repeated GET requests, as that is bad for the performance of the system and generally gives a laggy user experience. Instead, you can subscribe to retrieving proactive event notifications immediately when something changes. This can be done by leveraging 'Server-Sent Events' (SSE) under the `/eventstream` endpoint:<br><br>`curl --insecure -N -H 'hue-application-key: <appkey>' -H 'Accept: text/event-stream' https://<ipaddress>/eventstream/clip/v2`<br><br>Events have an id, timestamp, type ('update', 'add', 'delete', 'error'), and data field which contains the changed properties of the resource in the same format as a GET response on the same resource type, but with all properties optional as each event only includes the properties that changed. The following is an example event stream that would result from turning a light on and off: |

Ex. F – Evidence of Use Regarding Infringement of U.S. Patent No. RE44,742

| Claim 1 | Signify - Philips Hue |
|---|---|
| | id: 1634576695:0<br>data: [{"creationtime":"2021-10-18T17:04:55Z","data":[{"id":"e706416a-8c92-46ef-8589-3453f3235b13","on":{"on":true},"owner":{"rid":"3f4ac4e9-d67a-4dbd-8a16-5ea7e373f281","rtype":"device"},"type":"light"}],"id":"9de116fc-5fd2-4b74-8414-0f30cb2cbe04","type":"update"}]<br><br>id: 1634576699:0<br>data: [{"creationtime":"2021-10-18T17:04:59Z","data":[{"id":"e706416a-8c92-46ef-8589-3453f3235b13","on":{"on":false},"owner":{"rid":"3f4ac4e9-d67a-4dbd-8a16-5ea7e373f281","rtype":"device"},"type":"light"}],"id":"5ebb24e4-0563-43e2-8e8e-c10fc4f0095f","type":"update"}]<br><br>On HTTP1.1, you will need a separate connection for the SSE request and regular requests, but we recommend using HTTP2 to multiplex them over a single connection which is more resource efficient.<br><br>There is a 1 second rate limit on the amount of event containers the Bridge will send. If the same property has changed twice within that timeframe, you only get the last state. If multiple resources have changed within that timeframe, then you will get multiple events grouped in a single container.<br>Source: https://developers.meethue.com/develop/hue-api-v2/core-concepts/ (Login Required)<br><br>**Philips Hue Secure Flood Light Camera Review** |

Ex. F – Evidence of Use Regarding Infringement of U.S. Patent No. RE44,742

| Claim 1 | Signify - Philips Hue |
| --- | --- |
| | <br>Source: https://www.youtube.com/watch?v=1ZFYZypM2yc, Timestamp : [9 :05min] / [9 :37min] |